# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 19, 2021
CHIEF DISTRICT JUDGE SHELLY D. DICK

**UNITED STATES OF AMERICA**

**VERSUS**

**KENNETH D. GAULDEN**

**CRIMINAL ACTION**

**21-14-SDD-SDJ**

This matter came on this day for a continuation of the hearing on the Defendant's *Motion to Suppress*[1].

> PRESENT:   Will Morris, Esq.
> Kenneth Kaplan, Esq.
> **Counsel for the Government**
>
> Yigal Bander, Esq.
> Andre Belanger, Esq.
> Drew Findling, Esq.
> Ian Hipwell, Esq.
> James Manasseh, Esq.
> Tanner Woods, Esq.
> **Counsel for Defendant**

Defense calls witness, Sean Garic, who is sworn and testifies.

Defendant's Exhibits 77 and 64 are admitted over the Government's objections.

Defendant's Exhibit 9 is admitted without objection.

Defendant's Exhibits 61 and 60 are admitted over the Government's objections.

Defendant's Exhibit 19 is admitted without objection.

---

[1] Rec. Doc. 53.

Government's Exhibits 3 and 4 are admitted without objection.

Defendant calls witness, Douglas Chutz, who is sworn and testifies.

Defendant's Exhibits 65 and 66 are admitted over objection.

Government's *Motion to Reopen Detention Hearing*[2] is argued by the Parties.

Court orders detention hearing reopened on 10/22/2021 at 9:30 a.m. for the limited purposes of examining witness, Kyrie Oliver via video conference, regarding financial transactions involving the Defendant.

Court recesses until 10/22/2021 at 9:30 a.m.

\* \* \* \* \* \*

Shannon Thompson
Cr34b/3.0

---

[2] Rec. Doc. 129.