# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 22, 2021
CHIEF DISTRICT JUDGE SHELLY D. DICK

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION**

**VERSUS**

**21-14-SDD-SDJ**

**KENNETH D. GAULDEN**

This matter came on this day for a continuation of the hearing on the Defendant's *Motion to Suppress*[1] and Government's *Motion to Reopen Detention Hearing*[2].

    PRESENT:    Will Morris, Esq.
                        Kenneth Kaplan, Esq.
                        **Counsel for the Government**

                        Andre Belanger, Esq.
                        Drew Findling, Esq.
                        Ian Hipwell, Esq.
                        James Manasseh, Esq.
                        Tanner Woods, Esq.
                        **Counsel for Defendant**

Government recalls witness, Kyrie Oliver, who is sworn and testifies.

Government's Exhibit 6 is admitted.

Defense calls witness, Logan Collins, who is sworn and testifies.

Defendant's Exhibits 30 and 80 are admitted over the Government's objections.

Government's Exhibit 2-1 is admitted without objection.

---

[1] Rec. Doc. 53.
[2] Rec. Doc. 129.

Defendant calls witness, Joshua Barnett, who is sworn and testifies.

Defendant's Exhibits 29, 33, and 78 are admitted over objection.

Defendant's Exhibit 79 is admitted without objection.

Defendant's Exhibits 18 and 62 are admitted without objection.

Defendant's Exhibits 57, 20, 75 and 81 are admitted.

Both Parties rest.

*Motion to Suppress* is taken under advisement.

Simultaneous Post-trial Briefs, not to exceed 20 pages, are due 14 days following the filing of the hearing transcripts.

Court takes a recess.

Court returns and grants Defendant's pretrial release subject to conditions and provides oral reasons for its ruling.

\* \* \* \* \* \*

Shannon Thompson
    Cr34b/6.0