United States District Court
Louisiana Middle District
Exhibits Log: 21-cr-00014-SDD-SDJ
USA v. Gaulden - Motion to Suppress Hearing and Motion to Reconsider Detention, 10/18/2021

| EXHIBIT | DESCRIPTION | RLS |
| --- | --- | --- |
| Gov-1 | 1 GENERAL HOLDING - video2021-08-04T030441336Z | No |
| Gov-1-1 | 911 | No |
| Gov-2 | 2 GENERAL HOLDING - video2021-08-04T033202884Z | No |
| Gov-2-1 | VID2990017-3C9872F95ADC-09-28-20-1600-09-28-20-1700 | No |
| Gov-3 | 9-28-21 Chutz Axon Body 3 Video 2020-09-28 1647 | No |
| Gov-3 | REDACTED FR ReportKentrell Gaulden J J 8-3-21 fight | No |
| Gov-4 | 9-28-21 Garic Susp Inc Person Veh Progress | No |
| Gov-6 | 9-27-21 BARCELONA JESSE P1254 | No |
| Gov-6 | Exhibit to Mtn to Reopen | No |
| Gov-7 | 9-27-21 MACAULEY DAVID | No |
| Def-6 | CAD Reportpdf | No |
| Def-8 | Kennedys Initial Approach to Chippewamp4 | No |
| Def-9 | Chutz detains Gaulden at scenemp4 | No |
| Def-18 | Warrantless Search of Cutlassmp4 | No |
| Def-19 | Garic obtains AFTER THE FACT Consentmp4 | No |
| Def-20 | REDACTED Kentrell Gaulden Arrest Documents | No |
| Def-26 | Search Warrant for Camera and Equipmentpdf | No |
| Def-28 | REDACTED | No |
| Def-29 | Search Warrant for Cadillac Escaladepdf | No |
| Def-30 | Cox Communications Search Warrantpdf | No |
| Def-33 | Search Warrant for Dodge Rampdf | No |
| Def-41 | MacAulay Reportpdf | No |
| Def-43 | Gaulden Placed in Unit with Ramsey | No |
| Def-44 | Ofc Barcelona Sept 27 Full Body Cam Footage | No |
| Def-49 | REDACTED- Red River Wire Transfer from KG to Marvin Ramsey | No |
| Def-50 | 092721 CAD Report | No |
| Def-51 | ATF Trace Report | No |
| Def-57 | BRPD discussion with FBI on scene | No |
| Def-60 | Warrantless Search of Cutlass - SGaric BC | No |
| Def-61 | S Garic peers inside Cutlass with flashlight | No |
| Def-62 | Barnett Kennedy Chutz Discuss Vehicles | No |
| Def-64 | S Garic comments re BRPD initial approach | No |
| Def-65 | Chutzs Interaction w Owner of Dodge Ram | No |
| Def-66 | Chutz SA Sullivan Conversation | No |
| Def-67 | Bedrock Special Projects Security Plan for Utah | No |
| Def-73 | Site Survey | No |
| Def-74 | Transcript of Detention Hearing - Los Angeles California | No |
| Def-75 | Narcotics Barnett BC | No |
| Def-77 | S Garic BC Clip | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-78 | Search Warrant for Chevy Traverse | No |
| Def-79 | Search Warrant for Acura SUV | No |
| Def-80 | Application for Search Warrant SD Cards | No |
| Def-81 | Affidavit for Search Warrant Apple Iphone10 taken from Nathan Hayes | No |