

Incident Viewer- Incident ID [546]    Primary Care Number [P-20-561741]

Agency Type: LAW

LOCATION: 3800 CHIPPEWA ST                    Address Updated

LOCATION INFO:
APT/STE:                    BLDG:
PHONE:                    EXT:
X STREET: N 38TH ST/DELAWARE ST
CITY: BR
CALL TYPE: 352                    PRI: CODE 2

CALL DESC: Susp Inc/Person/Veh Progress

CONTACT:
RP NAME:
RP ADDRESS:
RP PHONE:
Jurisdiction: BPPD
METHOD RCVD:
Comments:

Cell Status: Dspted

Confirmation #:
Incident Number: P2009289-0380
Incident Type: Officer
Call Taken: 9/26/2020 16:32:05 Palmer, Parmons
Machine Name: BPPDCOMM401
Cell Status: Dspted

Additional Information | Assignments | Activities | Call Backs | Comments/Notes | Edit Log | Times | Transport Info | User Data | Attachments

Alarm Level: 0

Jurisdiction: BPPD
Division: 1st District
Response Area: BPPD 1C3
Response Plan: DYNAMIC-1C2 Officer
Command Channel:
Primary Tac Channel:
Alternate Tac Channel:

Comments On-File

SEND TO Q

Send to Storage    Confidential Command

VIEW FILE#    RECOMMEND    ADD PEE    ADD AGENCY2

DUP CALL    AN/NU    Route to District BPPD Dist 1

CLO    AGENCIES

CANCEL    EXIT    Show All

CLEAR

DEFENDANT'S
EXHIBIT
6

Comments

| Date | Time | User | Type | Confidential | Comment |
|------|------|------|------|--------------|---------|
| 9/28/2020 | 16:32:06 | SYS | Response | | [1] Phone: ████████ Service Provider: T-MOBILE USA Pilot: 211-0967 Lat: +30.478413 Long: -091.155861 |
| 9/28/2020 | 16:32:14 | SYS | Response | | [2] Multiple Response Areas found. Response Area Choices: BRPD 1C3, BRPD 4G2 |
| 9/28/2020 | 16:32:47 | P2879 | Response | | [3] Updated SOP information is available |
| 9/28/2020 | 16:35:54 | P2879 | Response | | [4] COMP ADVISED A LARGE GROUP OF MALES WALKING IN THE STREET WITH GUNS.......ADVISED SUB STANDING IN FRONT OF A HOUSE ON CHIPPEWA....COMP ADVISED COMING FROM CHOCTAW TURN RIGHT ON CHIPPEWA |
| 9/28/2020 | 16:36:31 | P2879 | Response | | [5] [Notification] [LAW]-WHEN ASKED FOR A DESP FEMALE ADVISED IT WAS ALL OF THEM.....ADVISED THIS IS NOT THE FIRST TIME THEY BEEN OUT THERE LIKE THAT.... |
| 9/28/2020 | 16:43:02 | P10062 | Response | | [6] 1253 ADV UNITS MEETING AT 38TH |
| 9/28/2020 | 16:48:34 | P10062 | Response | | [7] 1253 ADV 1 IN CUSTODY ... IROQUOIS |
| 9/28/2020 | 16:49:10 | P10062 | Response | | [8] NET X33 .. UNIT ADV 1 SUBJ RAN THRU WOODS ON BEHIND PIGGLY WIGGLY |
| 9/28/2020 | 16:49:21 | P10062 | Response | | [9] REQ MORE UNITS ON IROQUOIS |
| 9/28/2020 | 16:50:14 | P10062 | Response | | [10] 5520 BM LONG DREDS BLK SHIRT .. EB ON IROQUOIS INFRONT OF BLUE HOUSE |
| 9/28/2020 | 16:52:31 | P10062 | Response | | [11] 1655 ADV HEAR SOMEONE WALKING IN THE WOODED AREA BEHIND STRIP MALL .. NOT IN SIGHT // JUST HEAR HIM |
| 9/28/2020 | 16:52:47 | P10062 | Response | | [12] 5520 ADV EB CHIPPEWA // BM RUNNING |
| 9/28/2020 | 16:54:50 | P10062 | Response | | [13] 5520 OUT AT DELAWARE/CHIPPEWA .. BYSTANDERS SAID SUBJ WAS RUNNING ON SOUTH SIDE OF STREET |
| 9/28/2020 | 17:01:36 | P10062 | Response | | [14] K970 ADV OUT AT IRQ/DELAWARE |
| 9/28/2020 | 17:04:03 | P10062 | Response | | [15] K970 ADV MALE W/ DREDS HAS BEEN ID'D & IN CUSTODY AT 3981 IROQUOIS3 |
| 9/28/2020 | 17:22:08 | P10062 | Response | | [16] 1253 ADV C/4 TO CLEAR THE NET .. NET X64 |
| 9/28/2020 | 20:24:03 | P10311 | Response | | [17] 1122 RT TO 1ST DIST WITH EVIDENCE |
| 9/28/2020 | 20:28:02 | P10311 | Response | | [18] 1122 X97 1ST |
| 9/28/2020 | 20:28:34 | P10311 | Response | | [19] IR |
| 9/29/2020 | 04:15:31 | P10854 | Response | | [20] Requested Case Number(s) issued for Incident #[F200928-0300], Jurisdiction: BRPD. Case Number(s): P-20-085743. requested by SCS1. |