☒ State of Louisiana
☐ City of Baton Rouge

No. _____ Sec. _____
☒ 19th Judicial District Court
☐ Baton Rouge City Court
: Parish of East Baton Rouge
: State of Louisiana

VERSUS

Gaulden, Kentrell

(Name of Defendant)

## Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

85635-20
BRPD File No.

| Kentrell Gaulden | B | M | |
|---|---|---|---|
| Defendant's Name | Race | Sex | Date of Birth |

Address ████████████████

Social Security Number ████████

Charge(s)                                                 Statute/City Code Number
PWID Sch. 2 (Oxycodone)                                   40:967A
Poss. of firearm with CDS                                 14:95E
Poss. of stolen firearm                                   14:69.1
Felon in poss. of firearm                                 14:95.1
PWID Sch.1 (Marijuana)                                    40:966A
PWID Sch.4 (Alprazolam)                                   40:969A

**Synopsis of Probable Cause:**
Affiant would like to inform the 19th Judicial District Court that on Monday, September 28, 2020 at approximately 1630 hours, the Defendants, did violate the above listed Louisiana Revised Statue(s) within Baton Rouge, Louisiana.

To Wit;

On September 28, 2020 at approximately 1630 hours, myself and the Street Crimes Unit received information from a reliable source that the street gangs that identify themselves as "Never Broke Again" (NBA), and "Bottom Boy Guerillas" (BBG) were at the abandoned lot located at 3866 Chippewa St. and the empty lot located on the East Side of this abandoned residence shooting a video. While doing so, it was

Sworn to and subscribed before me this _____ day of _____, 20 ____

_____  _____
Notary Public            Affiant
                         K. Gaulden

BRPD08

DEFENDANT'S EXHIBIT 20

Gaulden Prod._000497

informed to us by the reliable source that all of these subjects at this location were branishing firearms, (handguns, and long rifles).

When officers arrived at the above mentioned location, we observed several subjects standing around vehicles, and in the empty lot. As we pulled up to this location, three subjects, ducked down, then fled on foot from officers, south bound threw backyards. The other subjects immediately opened doors to several of the vehicles, closed them and walked away from the vehicles, towards officers. The three subjects that fled on foot (Marvin Ramsey, Joshua Butler, and Kedrick Edwards) where apprehended approximately one block south of the above mentioned location. Sgt. J. Barcelona appreheneded Marvine Ramsey, which he advised him of his rights orally per Miranda and Ramsey informed him that he had a Glock 21 .45 caliber handgu on his person (AETT723). He informe Sgt. Barcelona that he purchased the firearm from an unknown gun store. He had the handgun concealed on his person.

All subjects on scene were detained and placed in the back of police units due to the large crowd forming at the this location. A search of the empty lot was conducted and during which, the below listed firearms were located in the grass of the empty lot and underneath the abandoned residence located at 3866 Chippewa St. :

- Glock 27 .40 caliber (BZY 847) found along fencelinein vacant lot
- Bushmaster Ar 15 (BA3032990) found in grass along fenceline in vacant lot
- Stag Arms Ar 15 (S062028) found in grass behind dodge truck in vacant lot
- Glock 23 .40 caliber (UPU 877) found in grass next to road in vacant lot
- Springfield XD .40 caliber (GM847224) found under neath 3866 Chippewa vacant residence (STOLEN)
- Glock 22. 40 caliber (HMP216) found underneath dodge truck in vacant lot
- Extar Ar 15 (EP07356) found behind Dodge truck in vacant lot

Only the above listed Springfield XD was confirmed stolen out of Houston, Tx. There was also approximately 7 vehicles on scene at this location. Of the 7 vehicles , The Oldmobile Cutless, BMW, and Nissan Altina, we were given consent on body camera by the owner to search. there was nothing located in the BMW, The Nissan Altima had a small clear baggie of marijuana weighing approximately 3 grams. There was one dosage unit of Hydrocodone located in a clear baggie in the cneter console cup holder.

The other four vehicles on scene : 2020 Cadillac Escalade (Tx. tag : NDL 0211), 2013 Dodge Ram (C071975), 2006 Acura SUV (782 ARL), and 2013 Chevrolet Traverse (594 CKF), know one admitted to owning the vehicles and a search warrant was written and signed by the honorable Judge Foxworth. During the search of the above listed vehicles, the below listed was located:

(2020 Cadillac Escalade )
- 2 green bandanas located in the front seat
- 2 green bandanas located in the back seat
- ID for Joshua Butler
- Iphone located in backseat
-Iphone located in center passenger front seat
- Macbook Pro computer back seat
- Hardrive back seat
- SD card in back seat
- 29.71 grams of marijuana center console
- 5 dosage units of Xanex center console
(2013 Dodge Ram Truck)
- Loaded extended pistol magazine located in center console

_____
Affiant

Sworn to and subscribed before me this _____ day of _____, 20 ___.

_____
Notary Public

BRPD08

K. Gaulden Prod._000498

- Glock 20 10 mm (BNTA665) between driver seat and center console
- 2 SD cards in passenger front seat
- Sporter AK 47 (S034144) located under back seat
- One "Slatty" shirt located under AK 47

(2006 Acura SUV)
- Palmetto State Ar 15 (SCD132167) located in back seat
- Master piece Arms (FX14873) located in back seat
- Century Arms AK 47 (RAS47109991) located in back seat
- One digital scale located on passenger floor board

There was 16 total arrestees at this location, once we got everyone to 1st district for processing, we conducted individual interviews to ask about the firearms and narcotics. The below listed is everyones statement recorded on body camera P1272 :
- Marlon Ramsey = stated that he had the Glock 21 .45 cal. (AETT723)
- Morrow Battie = stated that he had the master piece arms(FX14873)
- Dalton Quiett = stated that he had no gun
- Nathan Hayes= stated he had the sporter AK 47 ((S034144), Glock 20 10mm (BNTA665)
- Dionel Jacob = stated he had the Palmetto Ar 15 (SCD132167)
- Brian Augullard = stated he had the AK 47 Draco (S034144)
- Tyler Taylor = stated that he did not have a gun
- Jalen Griffin = stated that he had no gun but stated the 3 grams of marijuana was his
- Joseph Robinson = stated that he had no gun
- Deonte Smart = stated that he had the Bushmaster Ar 15 (BA3032990)
- Cleveland Ely = stated that he had no gun
- Daryl Brown = stated that he had no gun
- Anthony Grayer = stated that he had 1 dosage unit of Hydrocodone pill in the Cutlass
- Kedrick Edwards = stated he had no guns
- Joshua Butler = stated that he had no guns
- Kentrell Gaulden = stated he had no guns and arrived in scene in the black Escalade with 29.71 grams of marijuana

The below listed alos had large amounts of U.S currency on there person:
- Kentrell Gaulden = $47,100.00
- Cleveland Ely = $4,469.00
- Dionel Jacob = $3,000.00
- Tyler Taylor = $1,440.00
- Joshua Butler = $ 5,050.00
- Dalton Quiet = $9,884.00
- Daryl Brown = $410.00
- Marvin Ramsey = $8,021.00
- Jalen Griffin = $57.00

The above listed amount of U.S currency totaled out to approximately $79,431.00. The above listed money was seized due to the fact that the 5 dosage units of Oxycodone located in the empty lot by the Dodge Ram truck was packaged for the sales of narcotics, the 29.71 grams of marijuana located in the black

Sworn to and subscribed before me this _____ day of _____, 20___.

_____
Notary Public

_____
Affiant
K. Gaulden

Escalade was packaged for the sales of narcotics, and the digital scales scattered throughout the empty lot and vehicles are used to package and sale narcotics.

All above listed subjects consented to giving there DNA and a DNA cheek swab was taken from each subject and dropped in evidence along with there consent forms. All subjects also had there LAACH checked through CIU and below listed are convicted felons :
- Cleveland Ely , convicted for simple burglary
- Morrow Battie , convicted for felon in possesion of a firearm.
- Anthony Grayer, convicted for poss. of stolen firearm and PWID marijuana
- Charles Brown , convicted of poss. of Sch. 2
- Kentrell Gaulden , convicted of agg. assault with a firearm.

Daryl Brown and Joshua Butler also had active warants through EBRSO. All 15 above listed subjects were advised of there rights orally per Miranda and booked accordingly into East Baton Rouge Parish Prison for the above listed charges.

_____
Affiant

Sworn to and subscribed before me this _____ day of _____, 20___.

_____
Notary Public

BRPD08

K. Gaulden Prod._000500

East Baton Rouge
Filed Oct 01, 2020 10:40 AM
Deputy Clerk of Court
J-2000200411

# APPEARANCE BOND

**DEFENDANT:** Coulden Kuntrell
(LAST) (FIRST) (MIDDLE)

**DATE OF ARREST:** 01.01.2020

**RACE:** B **SEX:** M **DOB:** [redacted]

**SSN:** [redacted]

**DL #:** [redacted]

**SID #:** [redacted]

**ARRESTING AGENCY/NO.:** BRPD 20-85035

**CHARGES** | **AMOUNT OF BAIL**
--- | ---
PWID Sch4 Drugs | 40:969A | $11.95
Poss Sch 1 Drugs | 40:966E | $14.95
PWID Sch2 | 40:967A | $11.95
Illegal Carry of Weapon w/ | | 
Illegal Poss of Stolen Fire | | 14:95E | $14.95
**ADDITIONAL CHARGES TOTAL** | | $75,000

**COURT:**
☒ 19TH JUDICIAL DISTRICT COURT, 300 NORTH BLVD, BATON ROUGE, LA 70802
☐ BATON ROUGE CITY COURT, 233 ST LOUIS STREET, BATON ROUGE, LA 70802
☐ BAKER CITY COURT, 1520 ALABAMA STREET, BAKER, LA 70714
☐ ZACHARY CITY COURT, 4510 MAIN STREET, ZACHARY, LA 70791
☐ OTHER: _____
Drug Court

**JUDGE:** Foxworth

**COURT DATE:** 9-30-2020   8:30 am

☒ BON NOTICE
☐ PROTECTIVE ORDER ☒ BAIL ORDER ☒ DRUG COURT ORDER
ATTACHED: **RECEIPT #:** 104498

**TYPE OF BAIL:**
☒ COMMERCIAL SURETY (ATTACH POWER OF ATTORNEY)
☐ SECURED PERSONAL SURETY (A. RESIDENCE & PROPERTY REQUIRED; ATTACH PROOF OF SECURITY INTEREST)
☐ UNSECURED PERSONAL SURETY (COURT ORDER & LA RESIDENCE REQUIRED)
☐ BAIL WITH OUT SURETY (ROR - COURT ORDER REQUIRED)
☐ CASH DEPOSIT

THE DEFENDANT PROMISES TO
- APPEAR WHENEVER REQUIRED BY THE COURT AND AT ALL STAGES OF THE PROCEEDING
- SUBMIT TO THE ORDERS OF THE COURT
- NOT LEAVE THE STATE WITHOUT WRITTEN PERMISSION OF THE COURT
- COMPLY WITH ANY RESTRICTIONS OR CONDITIONS OF BAIL AND ALL ATTACHED ORDERS OF THE COURT

ALL NOTICES WILL BE MAILED OR SERVED TO THE ADDRESSES INDICATED HEREIN UNLESS THE COURT IS NOTIFIED IN WRITING OF A CHANGE IN ADDRESS.

IF THE DEFENDANT DOES NOT APPEAR IN COURT WHEN REQUIRED, THE DEFENDANT AND SURETY WILL BE REQUIRED TO PAY THE FULL AMOUNT OF THE BOND WITH JUDICIAL INTEREST, COURT COSTS AND ATTORNEY FEES.

THE UNDERSIGNED HEREBY AFFIRMS, UNDER PENALTY OF CONTEMPT, THAT HE/SHE CAN BE NOTICED AT THE ADDRESS LISTED BELOW.

_____ (signature)
**DEFENDANT'S SIGNATURE**

(PLEASE PRINT)
**ADDRESS:** [redacted]

**PHONE#:** [redacted]
☐ DEFENDANT UNABLE TO FILL IN INFORMATION AND INFORMATION WAS FILLED IN BY A DEPUTY.

THE UNDERSIGNED PERSONAL SURETY HEREBY FURTHER AFFIRM, UNDER PENALTY OF PERJURY, AS FOLLOWS:
- I AM A RESIDENT AND CITIZEN OF THE STATE OF LOUISIANA, AND AM NOT AN ATTORNEY, JUDGE, NOR MINISTERIAL OFFICER OF ANY COURT (CLERK, REPORTER, DEPUTY SHERIFF OR POLICE OFFICER)
- I HAVE NOT RECEIVED, AND WILL NOT RECEIVE, ANY FEE OR OTHER COMPENSATION FOR POSTING THIS BOND.
- I HAVE A NET WORTH (VALUE OF PROPERTY LESS DEBTS) EQUAL TO THE AMOUNT OF THIS BOND, AND CERTIFY AS CORRECT THE ATTACHED LISTING OF PROPERTY AND DEBTS.
- IF THIS BOND IS UNSECURED, I FURTHER AFFIRM THAT I AM THE PERSON AUTHORIZED BY COURT ORDER TO EXECUTE THIS BOND.
- I ACKNOWLEDGE THAT ANY FALSE OR FRAUDULENT STATEMENTS HEREIN MAY SUBJECT ME TO CRIMINAL PROSECUTION AND PENALTIES, INCLUDING FINE AND IMPRISONMENT, FOR CONTEMPT OF COURT.

_____ **PERSONAL SURETY SIGNATURE**

(PLEASE PRINT)
**ADDRESS:** [redacted]

**PHONE#:** _____ **SEX:** F **DOB:** _____
**RACE:** B
**SSN:** _____
**DL#:** _____

IF LESS THAN 100%, AMOUNT FOR WHICH SURETY IS OBLIGATED

THE UNDERSIGNED HEREBY FURTHER AFFIRMS, UNDER PENALTY OF PERJURY, THAT HE/SHE IS AN AUTHORIZED REPRESENTATIVE OF THE INDICATED COMMERCIAL SURETY COMPANY, WHICH IS AUTHORIZED TO DO BUSINESS IN THE STATE OF LOUISIANA.

_____ **COMMERCIAL SURETY AGENT SIGNATURE**

203783

(PLEASE PRINT)
**AGENT NAME:** DeForest Augusta
**AGENT ADDRESS:** 3507 PipeStone Dr
**PHONE #:** 225-806-7826
**AGENCY NAME:** Calvin Bail Bonds
**AGENCY ADDRESS:** 3507 PipeStone Dr
**POWER OF ATTORNEY #:** FCS100-217D86

IF LESS THAN 100%, AMOUNT FOR WHICH SURETY IS OBLIGATED:

**CASH DEPOSIT RECEIVED:**
**AMOUNT:** $ _____ **DATE:** _____
**FROM:** ☐ DEFENDANT ☐ OTHER (IF OTHER, COMPLETE BELOW)
**SIGNATURE:** _____
**NAME:** Report for Drug Test
**ADDRESS:** 3rd Floor, Room 3501 at 8:30 a.m.
**PHONE #:** $25.00 payment due
**DOB:** _____ **SSN:** _____

(ATTACH ADDITIONAL SURETY PAGE IF NEEDED FOR MULTIPLE SURETIES)

**SHERIFF'S FEE:**
☒ $15 PAID ☐ WAIVED (DISTRICT COURT ORDER REQUIRED)

**BOND FEE:**
☒ $15 PAID

SWORN TO AND SIGNED BEFORE ME, AND BOND ACCEPTED ON THIS 29 DAY OF Sept, 2020.

MSW _____ 
**DEPUTY SHERIFF, EAST BATON ROUGE PARISH**

(WHITE COPY-CLERK / YELLOW COPY-DEFENDANT / GREEN COPY-SURETY)

**VOID IF NOT ISSUED BY 31-Mar-21**

3131 Eastside, Suite 250, Houston, TX 77098
FC Surety@fcsurety.com

**State of Municipal Court**
**POWER OF ATTORNEY**
Financial Casualty & Surety, Inc.
Tele.# 877.737.2245

**POWER NUMBER FCS100-2171286**

VOID

KNOW ALL MEN BY THESE PRESENTS, that Financial Casualty & Surety, Inc., a corporation duly organized and existing under the laws of the State of Texas does constitute and appoint and by these presents does make, constitute and appoint the named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.

This Power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power is void if altered or erased, void if used in combination with other Powers of this company or Powers from any other surety, void if used to furnish bail in excess of the maximum stated amount of this Power. This Power Number is unique and can only be used once. The obligation of the surety shall not exceed the sum of:

**One Hundred Thousand Dollars and Zero Cents**   ***$100,000.00***

and this original Power-of-Attorney with the original bond MUST together be posted with the court and retained as a part of the court's records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, FINANCIAL CASUALTY & SURETY, INC. has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be affixed this ____ Day of __September__ Month, __2020__ Year.

Defendant: **Kentrell Gaulden**
Premium Charged $ _____
Court: **19th dist**   City: **Baton Rouge**   State: **LA**   Case Number: _____
Bond Amount: **$75,000**   Charge(s): PWID Sch 2, 4 drys, f/M poss AA Poss sG l, Ill carry weapon, Poss stolen FA
If Rewrite, Original Number: _____
Executing Agent: _____

SEAL 1989 TEXAS

Chairman of FCS

NOT VALID IF USED IN Federal Court

Micro Printed (Anti-Forgery) Message is Contained in this Document's Border ~ If missing, the Document is FORGED and VOID

[FCS-103 (12/05)] COPY FOR COURT

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

# UNIFORM ORDER FIXING APPEARANCE BOND

NINETEENTH JUDICIAL DISTRICT COURT

To The Sheriff of the Parish of East Baton Rouge:

You are hereby authorized to release: Kentrell Gaulden

accused of:

PWID Sch I (Mari) $10,000 Poss Stolen F/A
PWID Sch II (Oxycod) $10,000 Poss F/A w/ CDS
PWID Sch IV (Alprzlm) $10,000 Felon in Poss F/A

(See attached order if there are additional charges or orders)

upon a good and solvent bond conditioned as the law directs in the total sum of $75,000 Dollars and returnable to the NINETEENTH JUDICIAL DISTRICT COURT in the Parish of East Baton Rouge.

## SPECIAL CONDITIONS —
(Check All That Apply)

___ Defendant may be signed out by _____ shall act as his/her personal surety in the amount of $ _____

___ You shall be randomly tested for ingestion of controlled dangerous substances while on bond. Random drug tests may be administered upon request of bond supervisor, upon request from judge in open court and/or as part of a random testing program administered by the Drug Lab for the 19th Judicial District Court.

___ You shall, the next business day after your release from parish prison, appear in the Drug Lab, Room 3501, 19th Judicial District Court, to be drug tested and to sign up for random drug testing for _____ days. (Phone: 225-389-2596).

___ You shall observe a daily curfew from _____ PM. to _____ AM.

✓ You shall be under the supervision of Red Stick Reh & Corrections Svcs. (225) 806-3152 for a period of TBA days to ensure compliance with this order upon release on bond. (225) 366-1351

___ You shall not be released on bond without first meeting with your bond supervisor.

___ You shall have affixed to your ankle a functioning GPS device to ensure that you comply with the bond conditions set forth herein. This device shall be monitored by your bond supervisor.

___ You shall not operate a motor vehicle unless it is equipped with a functioning interlock device, and this device must be installed within fifteen (15) days from posting bail.

___ You shall not be released on bond until a protective order is in effect.

___ You shall not travel or reside outside the State of Louisiana without prior approval from the Court.

___ You shall not in any form or manner contact or communicate with the alleged victim in this case.

___ You shall be under house arrest and shall not leave your home for any reason except to attend court hearings and to _____

___ You shall not be released on bond prior to the Office of Probation and Parole being notified. (Phone - 225-922-0227)

___ Other: _____

___ Other: _____

___ Other: _____

20___ Probable cause determined and bond set on this 29th day of September 2020

_____ 9-29-20
Defendant's Signature            Date

_____
JUDGE, NINETEENTH JUDICIAL DISTRICT COURT

**NOTICE TO SHERIFF:** Please have the defendant sign this order and ensure he/she obtains a copy of this order prior to release from your custody. A copy of this order, once signed by the defendant, shall be retained with the Bail Bond Program.