# 19TH JUDICIAL DISTRICT COURT
# PARISH OF EAST BATON ROUGE
# STATE OF LOUISIANA

| Case Number: | WARRANT NUMBER: |
|---|---|
| 85635-20 | 5 |

## AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 19TH JUDICIAL DISTRICT COURT, Parish of EAST BATON ROUGE, State of Louisiana, **Joshua Barnett,** of the Baton Rouge Police Department, who, upon being duly sworn by me, deposes and says:

PROBABLE CAUSE EXIST FOR THE ISSUANCE OF A SEARCH WARRANT AUTHORIZING THE SEARCH OF:

3866 Chippewa St, baton rouge, LA,

A Black Sony 7R Digital Camera (Serial # : 3388629) on a rotating mount, Mac book Pro computer Sd Cards

WHERE THE FOLLOWING DESCRIBED ITEM(S) IS/ARE BELIEVED TO BE LOCATED:

Sony 7R camera, Macbook Pro computer, Sd Cards

AND ARE BELIEVED TO CONSTITUTE A VIOLATION OF:

1 Count of RS40:966A(MARIJUANA)--Distribution/Possession with the Intent to Distribute Marijuana, or synthetic cannabinoids-- (FELONY)
1 Count of RS14:95.1--Possession of Firearm by Person Convicted of Certain Felonies-- (FELONY)
1 Count of RS14:95 E--Illegal Carry of Weapons;Crime or CDS (Felony)-- (FELONY)

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

   On September 28, 2020 at approximately 1600 hours, myself, along with the Street Crimes unit received information from a reliable source that subjects affiliated with the street gang "Never Broke Again" (NBA), and "Bottom Boy Guerillas " (BBG) were at 3866 Chippewa St. (an abandoned residence) and the abandoned lot located on the East Side of the mentioned abandoned residence filming a rap video, brandishing firearms. Upon arrival, officers observed several subjects at the mentioned location and when they saw us three subjects fled on foot and others opened vehicle doors, and then shut them immediately. The ones that didn't run walked away from the vehicles. The three subjects that fled on foot were apprehended. A search of the immediate area resulted in located approximately 8 to 9 firearms, and a small amount of narcotics.

DEFENDANT'S EXHIBIT 26

Monday, September 28, 2020 21:54
K. Gaulden Prod._000614

   Search warrants were written and approved by the honorable Foxworth. A search of the vehicles resulted in locating approximately 5 to 6 more firearms and more narcotics. One of the subjects that ran was identified as Marvin Ramsey, in his possession was a Sony 7R digital camera (3388629), the camera used to film the rap video. Due to the several subjects in custody being  convicted felons and the narcotics the camera footage needs to be seen to see who possessed which firearms that were located on scene.  Ramsey was also found in possession of a Glock 21 .45 caliber handgun. Inside the 2020 Cadillac Escalade that was searched was the bag for the camera and lens for a Sony 7R, also inside was .45 caliber glock magazines (which was to the firearm located on his person). Also in this bag, was a letter addressed to Marvin Ramsey, and a Mac Book Pro computer and several SD cards. A My Passport external hard drive bearing serial number : WXN1E592FFNOwas also located in his bag. I respectfully request permission to look through the Sony 7R camera, SD cards, and Macbrook pro to help determine who had possession of  which firearm.

I hereby certify under oath the facts contained within the Application for this
Search Warrant to be true and correct, under penalties of perjury, so help me God.

_Joshua Barnett_
_____
Joshua Barnett
**AFFIANT**

THUS DONE AND PASSED on the 28 day of September, 2020 after reading of the whole.

_Tiffany L. Foxworth-Roberts_
_____
Judge Tiffany L Foxworth-Roberts
19TH JUDICIAL DISTRICT COURT
Parish of EAST BATON ROUGE
State of Louisiana

# 19TH JUDICIAL DISTRICT COURT
# PARISH OF EAST BATON ROUGE
# STATE OF LOUISIANA

| CASE NUMBER: | WARRANT NUMBER: |
|---|---|
| 85635-20 | 5 |

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY Joshua Barnett** of the Baton Rouge Police Department, that he has a good reason to believe that on or in:

A Black Sony 7R Digital Camera (Serial # : 3388629) on a rotating mount, Mac book Pro computer Sd Cards

located at the address: **3866 Chippewa St, baton rouge, LA,** there is now being concealed certain **property,**

Sony 7R camera, Macbook Pro computer, Sd Cards

is/are located, which property constitutes evidence of the violation of:

1 Count of RS40:966A(MARIJUANA)--Distribution/Possession with the Intent to Distribute Marijuana, or synthetic cannabinoids-- (FELONY)
1 Count of RS14:95.1--Possession of Firearm by Person Convicted of Certain Felonies--(FELONY)
1 Count of RS14:95 E--Illegal Carry of Weapons;Crime or CDS (Felony)-- (FELONY)

of the Louisiana Revised Statues, and the affidavit submitted in support of this search warrant shows the necessary probable cause for its issuance. The purpose and reason for the search is to find and seize the item(s) listed above.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search during the day time or night time, Sundays or holidays, and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court. This shall be your warrant, whereof you are to make due to return according to law.

Monday, September 28, 2020 21:54
K. Gaulden Prod._000616

WITNESS my official signature on this 28 day of September, 2020.

*Tiffanty L. Foxworth-Roberts*
_____
Judge Tiffany L Foxworth-Roberts
19TH JUDICIAL DISTRICT COURT
Parish of EAST BATON ROUGE
State of Louisiana