# APPEARANCE BOND

**DEFENDANT:** Ramsey, Marvin Jr.
(LAST) (FIRST) (MIDDLE)

**DATE OF ARREST:** ▓▓▓
**RACE:** B  **SEX:** M  **DOB:** ▓▓▓
**SSN:** ▓▓▓
**DL #:** ▓▓▓
**SID #:** ▓▓▓
**ARRESTING AGENCY/NO.:** BRPD 20-85635

**CHARGES** | **AMOUNT OF BAIL**
14-108 Resist Off
40:967A Put/Mant 8h2
14-95E III Carry Weapon/Dgs
14-69.1 III Poss Sth Firm

☐ ADDITIONAL CHARGES  **TOTAL** 35,000

**COURT:**
☑ 19TH JUDICIAL DISTRICT COURT
300 NORTH BLVD, BATON ROUGE, LA 70802
☐ BATON ROUGE CITY COURT
233 ST LOUIS STREET, BATON ROUGE, LA 70802
☐ BAKER CITY COURT
1320 ALABAMA STREET, BAKER, LA 70714
☐ ZACHARY CITY COURT
4510 MAIN STREET, ZACHARY, LA 70791
☐ OTHER: _____

Drug ct 9-30-20

**JUDGE:** Foxworth
**COURT DATE:** ☑ ON NOTICE

**TYPE OF BAIL:**
☑ COMMERCIAL SURETY (ATTACH POWER OF ATTORNEY)
☐ SECURED PERSONAL SURETY
☐ UNSECURED PERSONAL SURETY
☐ BAIL WITH OUT SURETY
☐ CASH DEPOSIT   19499
ATTACHED:   RECEIPT #
☐ PROTECTIVE ORDER; ☐ BAIL ORDER; ☐ DRUG COURT ORDER

IF THE DEFENDANT DOES NOT APPEAR IN COURT WHEN REQUIRED, THE DEFENDANT AND SURETY WILL BE REQUIRED TO PAY THE FULL AMOUNT OF THE BOND WITH JUDICIAL INTEREST, COURT COSTS AND ATTORNEY FEES.
ALL NOTICES WILL BE MAILED OR SERVED TO THE ADDRESSES INDICATED HEREIN UNLESS THE COURT IS NOTIFIED IN WRITING OF A CHANGE IN ADDRESS.
THE **DEFENDANT** PROMISES TO
- APPEAR WHENEVER REQUIRED BY THE COURT AND AT ALL STAGES OF THE PROCEEDING
- SUBMIT TO THE ORDERS OF THE COURT
- NOT LEAVE THE STATE WITHOUT WRITTEN PERMISSION OF THE COURT
- COMPLY WITH ANY RESTRICTIONS OR CONDITIONS OF BAIL AND ALL ATTACHED ORDERS OF THE COURT

202735

THE UNDERSIGNED HEREBY AFFIRMS, UNDER PENALTY OF CONTEMPT, THAT HE/SHE CAN BE NOTICED AT THE ADDRESS LISTED BELOW.

X _[signature]_
**DEFENDANT'S SIGNATURE**
(PLEASE PRINT)
**ADDRESS:** ▓▓▓
**PHONE#:** ▓▓▓
☐ DEFENDANT UNABLE TO FILL IN INFORMATION AND INFORMATION WAS FILLED IN BY A DEPUTY.

THE UNDERSIGNED PERSONAL SURETY HEREBY FURTHER AFFIRM, UNDER PENALTY OF PERJURY, AS FOLLOWS:
- I AM A RESIDENT AND CITIZEN OF THE STATE OF LOUISIANA, AND AM NOT AN ATTORNEY, JUDGE, NOR MINISTERIAL OFFICER OF ANY COURT (CLERK, REPORTER, DEPUTY SHERIFF OR POLICE OFFICER)
- I HAVE NOT RECEIVED, AND WILL NOT RECEIVE, ANY FEE OR OTHER COMPENSATION FOR POSTING THIS BOND.
- I HAVE A NET WORTH (VALUE OF PROPERTY LESS DEBTS) EQUAL TO THE AMOUNT OF THIS BOND, AND CERTIFY AS CORRECT THE ATTACHED LISTING OF PROPERTY AND DEBTS.
- IF THIS BOND IS UNSECURED, I FURTHER AFFIRM THAT I AM THE PERSON AUTHORIZED BY COURT ORDER TO EXECUTE THIS BOND.
- I ACKNOWLEDGE THAT ANY FALSE OR FRAUDULENT STATEMENTS HEREIN MAY SUBJECT ME TO CRIMINAL PROSECUTION AND PENALTIES, INCLUDING FINE AND IMPRISONMENT, FOR CONTEMPT OF COURT.

**PERSONAL SURETY SIGNATURE**
(PLEASE PRINT)
**ADDRESS:** _____
**PHONE#:** _____
**RACE:** ___ **SEX:** ___ **DOB:** ___
**SSN:** _____
**DL#:** _____
IF LESS THAN 100%, AMOUNT FOR WHICH SURETY IS OBLIGATED: _____

THE UNDERSIGNED HEREBY FUTHER AFFIRMS, UNDER PENALTY OF PERJURY, THAT HE/SHE IS AN AUTHORIZED REPRESENTATIVE OF THE INDICATED COMMERCIAL SURETY COMPANY, WHICH IS AUTHORIZED TO DO BUSINESS IN THE STATE OF LOUISIANA.

_[signature]_
**COMMERICAL SURETY AGENT SIGNATURE**
(PLEASE PRINT)
**AGENT NAME:** Brian Glover
**AGENT ADDRESS:** 440 Government St
Baton Rouge LA 70802
**PHONE #** 225-383-4888
**AGENCY NAME:** ON Time
**AGENCY ADDRESS:** 440 Government St
Baton Rouge LA 70802
**POWER OF ATTORNEY #** 65524565-9
Bankers
IF LESS THAN 100%, AMOUNT FOR WHICH SURETY IS OBLIGATED: _____

**CASH DEPOSIT RECEIVED:**
**AMOUNT: $** ___   **DATE:** ___
**FROM:** ☐ DEFENDANT ☐ OTHER (COMPLETE BELOW)
**SIGNATURE:** ___
**NAME:** ___
**ADDRESS:** ___
**PHONE #** ___
**DOB:** ___ **SSN:** ___

*Report for Drug Test 3rd Floor, Room 3501 at 8:30 a.m. $25.00 payment due*

**SHERIFF'S FEE:**
☑ $15 PAID ☐ WAIVED (DISTRICT COURT ORDER REQUIRED)

SWORN TO AND SIGNED BEFORE ME, AND BOND ACCEPTED ON THIS 29 DAY OF September, 2020.

(ATTACH ADDITIONAL SURETY PAGE IF NEEDED FOR MULTIPLE SURETIES)
**BOND FEE:**
☑ $15 PAID

Cpl. Rackes 1715
**DEPUTY SHERIFF, EAST BATON ROUGE PARISH**

(WHITE COPY-CLERK / YELLOW COPY-DEFENDANT / GREEN COPY-SURETY)

**DEFENDANT'S EXHIBIT 28**

# UNIFORM
## ORDER FIXING APPEARANCE BOND

STATE OF LOUISIANA                          NINETEENTH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE

To The Sheriff of the Parish of East Baton Rouge:

You are hereby authorized to release: **Marvin Ramsey**

accused of:

$5000 · Resisting Officer    $15,000 · Poss Stolen Firearm
$5000 · PWID Sch II (oxycodone)
$10,000 · Poss Firearm w/ CDS

(See attached order if there are additional charges or orders)

upon a good and solvent bond conditioned as the law directs in the total sum of $ 35,000
_____ Dollars and returnable to the
NINETEENTH JUDICIAL DISTRICT COURT in the Parish of East Baton Rouge.

**SPECIAL CONDITIONS --**
(Check All That Apply)

| | |
|---|---|
| | Defendant may be signed out by _____ who shall act as his/her personal surety in the amount of $ _____ Dollars. |
| | You shall be randomly tested for ingestion of controlled dangerous substances while on bond. Random drug tests may be administered upon request of bond supervisor, upon request from Judge in open court and/or as part of a random testing program administered by the Drug Lab for the 19th Judicial District Court. |
| | You shall, the next business day after your release from parish prison, appear in the Drug Lab, Room 3501, 19th Judicial District Court, to be drug tested and to sign up for random drug testing for _____ days. (Phone: 225-389-2596) |
| | You shall observe a daily curfew from _____ PM. to _____ AM. |
| | You shall be under the supervision of _____ for a period of _____ days to ensure compliance with this order upon release on bond. |
| | You shall not be released on bond without first meeting with your bond supervisor. |
| | You shall have affixed to your ankle a functioning GPS device to ensure that you comply with the bond conditions set forth herein. This device shall be monitored by your bond supervisor. |
| | You shall not operate a motor vehicle unless it is equipped with a functioning Interlock device, and this device must be installed within fifteen (15) days from posting bail. |
| | You shall not be released on bond until a protective order is in effect. |
| | You shall not travel or reside outside the State of Louisiana without prior approval from the Court. |
| | You shall not in any form or manner contact or communicate with the alleged victim in this case. |
| | You shall be under house arrest and shall not leave your home for any reason except to attend court hearings and to: _____ |
| | You shall not be released on bond prior to the Office of Probation and Parole being notified. (Phone - 225-922-0227) |

____ Other: _____
____ Other: _____
____ Other: _____

Probable cause determined and bond set on this _____ day of September 2020
20 _____.

_____
JUDGE, NINETEENTH JUDICIAL DISTRICT COURT

Defendant's Signature       9/29/20
                              Date

**NOTICE TO SHERIFF:** Please have the defendant sign this order and ensure he/she obtains a copy of this order prior to release from your custody. A copy of this order, once signed by the defendant, shall be retained with the Bail Bond Program.