# 19TH JUDICIAL DISTRICT COURT
# PARISH OF EAST BATON ROUGE
# STATE OF LOUISIANA

Case Number:                                    WARRANT NUMBER:

### AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 19TH JUDICIAL DISTRICT COURT, Parish of EAST BATON ROUGE, State of Louisiana, **Logan Collins,** of the Baton Rouge Police Department, who, upon being duly sworn by me, deposes and says:

PROBABLE CAUSE EXIST FOR THE ISSUANCE OF A SEARCH WARRANT AUTHORIZING THE SEARCH OF:

6205-B Peachtree Dunwoody, Atlanta, GA, 30328

Records Custodian
Cox Communications
6205-B Peachtree Dunwoody Road
Atlanta, GA 30328

WHERE THE FOLLOWING DESCRIBED ITEM(S) IS/ARE BELIEVED TO BE LOCATED:

All video footage or photograph captured from Cox Home Life/ Cox communications camera system located at 3892 Chippewa St., Baton Rouge, La. 70805 for September 28, 2020 for the times of 1600 hrs to 1700 hrs.

AND ARE BELIEVED TO CONSTITUTE A VIOLATION OF:

1 Count of RS14:95.1--Possession of Firearm by Person Convicted of Certain Felonies--(FELONY)

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

On 9/28/2020, at 1630 hrs., Baton Rouge Police street crimes division responded to the 3800 block of Chippewa St. relative to a report of individuals waaving guns around. Upon arrival they located multiple individuals in the area with firearms and narcotics. They would further locate multiple firearms in a field that appeared to have been thrown there upon their arrival. Many of these individuals were found to be convicted felons. While on scene detectives observed cameras on a residence at 3892 Chippewa St. point towards the location in which the individuals were detained and the firearms were located. Detectives observed that these cameras were part of a Cox Homelife security system. Detectives would further learn that the video footage for this type of system is stored off site in a Cloud system. Detectives are requesting a warrant to obtain the



DEFENDANT'S EXHIBIT 30

Friday, October 02, 2020 16:43
K. Gaulden Prod._000501

video footage to determine who was in possession of the firearms right before street crimes arrived on scene.

I hereby certify under oath the facts contained within the Application for this Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Logan Collins*

_____
Logan Collins
**AFFIANT**

THUS DONE AND PASSED on the 2 day of October, 2020 after reading of the whole.

*Fred T Crifasi*

_____
Judge Fred T Crifasi
19TH JUDICIAL DISTRICT COURT
Parish of EAST BATON ROUGE
State of Louisiana

# 19TH JUDICIAL DISTRICT COURT
# PARISH OF EAST BATON ROUGE
# STATE OF LOUISIANA

CASE NUMBER:                             WARRANT NUMBER:

## SEARCH AND SEIZURE WARRANT

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY Logan Collins** of the Baton Rouge Police Department, that he has a good reason to believe that on or in:

Records Custodian
Cox Communications
6205-B Peachtree Dunwoody Road
Atlanta, GA 30328

located at the address: **6205-B Peachtree Dunwoody, Atlanta, GA, 30328** there is now being concealed certain **property,**

All video footage or photograph captured from Cox Home Life/ Cox communications camera system located at 3892 Chippewa St., Baton Rouge, La. 70805 for September 28, 2020 for the times of 1600 hrs to 1700 hrs.

is/are located, which property constitutes evidence of the violation of:

1 Count of RS14:95.1--Possession of Firearm by Person Convicted of Certain Felonies--(FELONY)

of the Louisiana Revised Statues, and the affidavit submitted in support of this search warrant shows the necessary probable cause for its issuance. The purpose and reason for the search is to find and seize the item(s) listed above.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid for the property specified serving this Search and Seizure Warrant and making the search during the day time or night time, Sundays or holidays, and if the thing(s) specified are found there, to seize it and hold them in safe custody pending further orders of the court. This shall be your warrant, whereof you are to make due to return according to law.

Friday, October 02, 2020 16:43
K. Gaulden Prod._000503

WITNESS my official signature on this 2 day of October, 2020.

*Fred T Crifasi*

Judge Fred T Crifasi
19TH JUDICIAL DISTRICT COURT
Parish of EAST BATON ROUGE
State of Louisiana