# 19TH JUDICIAL DISTRICT COURT
# PARISH OF EAST BATON ROUGE
# STATE OF LOUISIANA

| CASE NUMBER: | WARRANT NUMBER: |
|---|---|
| 20-85635 | 4 |

## AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

BEFORE ME, the undersigned Authority of the 19TH JUDICIAL DISTRICT COURT, Parish of EAST BATON ROUGE, State of Louisiana, **Joshua Barnett,** of the Baton Rouge Police Department, who, upon being duly sworn by me, deposes and says:

PROBABLE CAUSE EXISTS FOR THE ISSUANCE OF A SEARCH WARRANT AUTHORIZING THE SEARCH OF:

2013 Dodge Ram 1500 green in color bearing license plate C071975.

hereinafter referred to as "vehicle," which is currently located in EAST BATON ROUGE Parish, Louisiana, at the address described as: 3866 Chippewa St.,, baton rouge, LA,

IN WHICH THE FOLLOWING DESCRIBED ITEM(S) IS/ARE BELIEVED TO BE LOCATED:

I respectfully request permission to search the vehicles listed in this search warrant.

AND ARE BELIEVED TO CONSTITUTE A VIOLATION OF:

1 Count of RS40:966A(MARIJUANA)--Distribution/Possession with the Intent to Distribute Marijuana, or synthetic cannabinoids-- (FELONY)
1 Count of RS14:95.1--Possession of Firearm by Person Convicted of Certain Felonies-- (FELONY)
1 Count of RS14:95 E--Illegal Carry of Weapons;Crime or CDS (Felony)-- (FELONY)

PROBABLE CAUSE IS BASED ON THE FOLLOWING FACTS:

   Myself, along with the Street Crimes Unit received information from a reliable source that several subjects affiliated with the Street Gang "Never Broke Again " (NBA) , and "Bottom Boy guerillas' (BBG) were at 3866 Chippewa St. (an abandoned residence) and in the empty lot on the East side of the mentioned address branishing firearms. Upon arrival , myself and several officers observed several subjects outside at these locations drop objects on the ground and open



DEFENDANT'S EXHIBIT 33

Monday, September 28, 2020 18:56
K. Gaulden Prod._000328

vehicle doors and then close them , then walk away from the area. Three subjecst also fled on foot from officers from this location as well. All subjects that ran were apprehended and all the subjects that were standing in the area were also apprehended.

   A search was conducted of the immediate area that everyone was standing , and during the search approximately 8 to 9 firearms were located and we are still actively searching the area. Everyone was checked through CIU and learned that almost everyine was a convicted felon, including the leader of "NBA" Kentrell Gaulden. Narcotics was also located in a few vehicles that were searched by the owners consent. The K9 thats assigned to our unit, conducted a free air sniff for the presence of narcotics on 2020 black Cadiallc Escalade bearing Texas license plate NDL 0211, Chevrolet Traverse bearing license plate 594 CKF, and the Acura SUV bearing license plate 782 ARL to which the K9 gave a positive indication for the presence of narcotics. The Dodge Ram Truck bearing license plate C071975, and Blue Nissan Sentra (3N1AB7AP2GY309264) subjects were seen opening and shutting the doors of the vehicles when officers arrived on scene. We also located several of the firearms, and narcotics around the mentioned vehicles. There is also loose marijuana seen in plain view scattered throughout the Blue Nissan Sentra.

I hereby certify under oath the facts contained within the Application for this
Search Warrant to be true and correct, under penalties of perjury, so help me God.

*Joshua Barnett*

_____
Joshua Barnett
AFFIANT

THUS DONE AND PASSED on the 28 day of September , 2020 after reading of the whole.

*Tiffany L. Foxworth-Roberts*

_____
Judge Tiffany L Foxworth-Roberts
19TH JUDICIAL DISTRICT COURT
Parish of EAST BATON ROUGE
State of Louisiana

# 19TH JUDICIAL DISTRICT COURT
# PARISH OF EAST BATON ROUGE
# STATE OF LOUISIANA

| CASE NUMBER: | WARRANT NUMBER: |
|---|---|
| 20-85635 | 4 |

## SEARCH AND SEIZURE WARRANT

TO ANY AND ALL LAW ENFORCEMENT OFFICERS in and for the Parish of EAST BATON ROUGE:

**AFFIDAVIT HAVING BEEN MADE BEFORE ME BY Joshua Barnett** of the Baton Rouge Police Department, that he has a good reason to believe that in the vehicle described as:

2013 Dodge Ram 1500 green in color bearing license plate C071975.

Within the Parish of EAST BATON ROUGE, State of Louisiana as more fully described in the application for this warrant, there is now being concealed certain property, namely:

I respectfully request permission to search the vehicles listed in this search warrant.

Which said property constitutes the a violation of:

1 Count of RS40:966A(MARIJUANA)--Distribution/Possession with the Intent to Distribute Marijuana, or synthetic cannabinoids-- (FELONY)
1 Count of RS14:95.1--Possession of Firearm by Person Convicted of Certain Felonies-- (FELONY)
1 Count of RS14:95 E--Illegal Carry of Weapons;Crime or CDS (Felony)-- (FELONY)

Of the Louisiana Revised Statutes, and the affidavit submitted in support of this search warrant shows the necessary probable cause for its issuance. The purpose and reason for the search is to find and seize the item(s) listed above.

**YOU ARE HEREBY ORDERED** to search forthwith the aforesaid vehicle for the property specified, serving this Search and Seizure Warrant and if the property be found there, seizing it, leaving a copy of this warrant and a receipt for the property seized, to make written return on this warrant including a written inventory of the property seized, and to bring the said seized property into the court within ten (10) days of this date as required by law.

Monday, September 28, 2020 18:56
K. Gaulden Prod._000331

**YOU ARE AUTHORIZED** to execute this warrant and to make this search during the daytime or the nighttime and if the property herein described to be found in the vehicle herein described to seize said property in accordance with law.

**YOU ARE AUTHORIZED** to execute this warrant and to make this search on a Sunday and if the property herein described to be found in the vehicle herein described to seize said property in accordance with law.

WITNESS my official signature on this 28 day of September, 2020.

*Tiffany L. Foxworth-Roberts*
_____
Judge Tiffany L Foxworth-Roberts
19TH JUDICIAL DISTRICT COURT
Parish of EAST BATON ROUGE
State of Louisiana