# Incident Report

*Baton Rouge Police Department*  Printed by: P10283 - COLLINS,LOGAN

## Administration Information

| Field | Value |
|---|---|
| Report Number: | 2000085743000 |
| Report Type: | MSC INV |
| Report Date: | 09/28/2020  Time: 16:32 |
| District/Zone: | 1C3 |
| Address: | 03800  CHIPPEWA  ST  01  Apt: |
| Report Officer 1 - | P10685  MACAULAY, JR, DAVID |
| Assign Date: | 09/28/2020 |
| Report Officer 2 - | |
| Investigator 1 - | |
| Investigator 2 - | |
| Assigned By: | |
| UCR Status: | NAT  NECESSARY ACTION TAKEN |
| Status Date: | 09/28/2020 |
| CaseStatus: | |

## Primary Offense

- Offense Type: ____   ☐ Attempted   ☐ Completed
- Address: 
- City:   State:   Zip:
- District/Zone:   Location Type:
- Begin Date: __/__/____  Time: __:__
- End Date: __/__/____  Time: __:__
- Lighting:   Weather:   Gang Activity:
- Bias Motive:   Premises Enter:   ☐ Force Used  ☐ Home Inv
- Point Entry:   Point Exit:   Means Entry:
- Tools Used:   Entry Dir:   Exit Dir:

Offense categories:
- ☐ B-Buying Receiving
- ☐ C-Cultivation/Manufacturing/Publishing
- ☐ D-Distributing/Selling
- ☐ E-Exploiting Children
- ☐ O-Operating/Promoting/Assisting
- ☐ P-Possessing/Concealing
- ☐ T-Transporting/Transmitting/Importing
- ☐ U-Using/Consuming
- ☐ I-Pos With Intent To Sell
- ☐ X-Other

☐ Consumed Alcohol   ☐ Photo/Video   ☐ Used Computer Equipment   ☐ Used Drugs   ☐ Prints Lifted

Weapons: _____

Comments: _____

*Report approved by Jessie Barcelona on 10/05/2020*

DEFENDANT'S EXHIBIT 41

K. Gaulden Prod. 000620

# Baton Rouge Police Department

*Printed by: P10283 - COLLINS,LOGAN*  |  20 - 00085743

## Person Information

- [ ] Victim
- [X] Complainant
- [ ] Suspect
- [ ] Arrestee
- [ ] Witness
- [ ] Prop/Veh Owner
- [ ] Business
- [ ] Financial
- [ ] Government
- [ ] Religious
- [ ] Society
- [ ] Other/Unknown
- [ ] Custodian  —

| Field | Value |
|---|---|
| Name, Last: | UNKNOWN |
| Name, First: | UNKNOWN |
| MNI #- | 20 00077197 |
| Middle Name: | |
| Suffix: | |
| Social Security: | |
| Date of Birth: | |
| Report Age: | |
| Age From: | 000 to: 000 |
| Sex: | |
| Race: | |
| Ethnicity: | |
| Height/From: | to: |
| Weight/From: | to: |
| Resident Status: | |
| Eye Color: | |
| Hair Color: | |
| Birth Place (City): | |
| State: | |
| Address: | |
| Apt: | |
| Phone: | ( ) . |
| Hours There/From: | to: |
| City: | |
| State: | |
| Zip Code: | - |
| Driver License: | |
| State: | |
| Exp Year: | |
| Juvenile: | [ ] |
| Comments: | |

## Employer Information

| Field | Value |
|---|---|
| Employer's Name: | |
| Address: | |
| Apt: | |
| City: | |
| State: | |
| Zip Code: | - |
| Phone: | ( ) . |
| Hours From: | |
| Hours To: | |
| Start Date: | / / |

## Alias Information

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | | | |

| Name: | | Date of Birth: | / / |
|---|---|---|---|
| Social Security: | | | |

K. Gaulden Prod. 000621

| Baton Rouge Police Department | Printed by: P10283 - COLLINS,LOGAN | 20 - 00085743 |
|---|---|---|
| | Narrative | |

*Suspicious Incident:*

  *Written by: David MacAulay Jr.*
  *Location:  3800 Chippewa Dr., Baton Rouge, LA 70806.*

  *Synopsis:*

     *On September 28, 2020, at approximately 1632 hrs., Baton Rouge Police was called by an anonymous complainant, in reference to a large groups of black males in the area in the streets with guns.*

  *Investigation:*

  *After arriving, myself and assisting units patrolled the area, and observed several black male subjects flee on foot into a wooded area. Street Crimes was notified, and assumed the primary role. Officers assisted with crowd control, and assisted with searching for the suspects, until returning to patrol duties. Nothing further.*

  *Audio / Video available: BWC*

K. Gaulden Prod. 000622