# RED RIVER BANK
## OUTGOING WIRE TRANSFER FORM

July 20, 2020    11:31:51 AM

| Types of Wire: | Domestic | Transacted By: | Phone | Verify ID: | Call back |
|---|---|---|---|---|---|

Person Requesting Wire: KENTRELL GAULDEN

### SOURCE OF WIRE FUNDS

Horizon Account Title: BIG38ENTERPRISE LLC

Physical Address (Not a PO Box):
BATON ROUGE LA 70805-8323

Checking Account Number: [redacted]

☐ Wire Settlement    Center 0001 GL 02012185

Internal Use-Purpose (Required for International) and Notes:

Collected Balance: [redacted]
US $ Amount of Wire: $5,000.00
Wire Fee: $22

### RECEIVING BANK INFORMATION

Intermediary Bank Name:
Bank ABA #:
City:    State: Louisiana    Zip:    Country: United States

Beneficiary Bank Name: Capital One Bank
Bank ABA # or Swift #: 031176110
City: Zachary    State: Louisiana    Zip: 70791    Country: United States

Beneficiary Name: Marvin Ramsey
Beneficiary Account #: [redacted]3932
Beneficiary Street Address: [redacted]
City: Zachary    State: Louisiana    Zip: 70791    Country: United States

Additional Information for Beneficiary:
Camera Man Payment

### Terms and Conditions

- Funds wired are immediately settled and available to the beneficiary and should be considered irreversible. To avoid fraud, wire funds only to parties you know and trust.
- Receiving banks may rely entirely on the account number as provided to credit a wire, even if it does not match your beneficiary by name. If you made an error in your instructions, the funds may not be recoverable, or the receiving bank may charge a fee to correct the error. Check your instructions carefully.
- Wires are screened against U.S. Sanction Program lists. If a match occurs, we will freeze the funds until we receive clearance from the U.S. Department of Treasury.

Person Requesting Wire's Signature:    Date:

### Branch / Department Use Only

Preparer's Signature: [signature]    Officer's Signature: [signature]
CALL BACK: [signature]    To: Kentrell Gaulden    Time: 11:56
Phone: 919-656-7713

### Wire Department Use Only

Input By:    Verified By:
Authorization Limits Checked By:    Beneficiary OFAC Verification Performed By:

Effective: March 16, 2018