# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER

Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: October 17, 2020

## FIREARMS TRACE SUMMARY

Trace Number: T20200379863   Request Date: September 29, 2020   Completion Date: October 16, 2020

STEVEN WOODRING
BATON ROUGE FIELD OFFICE
5757 CORPORATE BLVD STE 300
BATON ROUGE, LA 70808
PHONE: (225) 231-6620 Ext:
FAX (225) 231-6650

Badge No: 7219
Investigation No: 85635-20

### FIREARM INFORMATION

Manufacturer: GLOCK INC.
Model: 21
Caliber: 45
Serial Number: AETT723
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks:
NIBIN:
Gang Name:

### RECOVERY INFORMATION

Recovery Date: 09/28/2020
Time to Crime: 9 days

3895 IROQUOIS ST
BATON ROUGE, LA 70805
Possessor: MARVIN FITZGERALD RAMSEY JR
DOB: 10/28/1996
POB: UNITED STATES

### PURCHASER INFORMATION

Purchase Date: 09/19/2020

MARVIN FITZGERALD RAMSEY JR
13458 JACKSON RD
ZACHARY, LA 70791
DOB: 10/28/1996
POB: SANTA ANA, CA UNITED STATES
Race: BLACK
Sex: Male
Height: 5 ft 11 in
Weight: 188 lbs
ID 1: LA DRIVER'S LICENSE: 011657440
ID 2: SOCIAL SECURITY: 1135

### DEALER INFORMATION

FFL: 57201756
JEFFERSON GUN OUTLET
6719 AIRLINE DRIVE
METAIRIE, LA 70003
Phone: (504) 733-7695   Ship-To-Date: 09/16/2020
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. THE FINAL FEDERAL FIREARMS LICENSEE (FFL) INFORMED ATF'S NATIONAL TRACING CENTER THAT THE PURCHASER ALSO ACQUIRED ADDITIONAL FIREARMS FROM THE FFL. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
PURCHASER BOUGHT MULTIPLE FIREARMS ON SAME DATE, BOTH PISTOLS.

The information in this report must be validated prior to use in any criminal proceedings.