**Bedrock Special Projects Group**
<u>**LAYTON RST SECURITY PLAN**</u>

*OBJECTIVE*

To protect the client, client's family and clients staff from death, bodily harm, embarrassment and legal complications. Provide the client with the tools and services needed to successfully satisfy the courts conditions and requirements. Which includes but is not limited to:

- Screening visitors and associates
- Periodic random location checks
- Continuous intelligence analysis
- Actively deterring threats or possible conflict with known or unknown parties
- Provide a reliable trained observer for detailed and accurate report writing in case of incident

*PROTECTION STRATEGIES*

1. **Access Control**

All access will be monitored and controlled. Visitors and occupants of home will be checked in and out with Bedrock security agents. Cameras will be monitored around the clock. Detailed logs will be kept in the event any question may arise. All Bedrock agents will be provided standard operating procedures and orders. They will be trained and tested to verify effectiveness.

- All Doors should have tamper proof locks and always be locked
- Resident entrances should be equipped with internal and external cameras
- All entry points i.e. doors and windows should have sensors to alert if opened
- All visitors should be verified and checked in
- These security measures should be function checked regularly to ensure proper operation.

2. **Movement**

If movement of the client is required it will be planned and executed by Bedrock agents to ensure safety and efficiency. Client movement will only be authorized in accordance with court orders and appropriate permission needs to be requested from the court and/ or pretrial services if required. 24-hour notice should be given to allow time for proper planning, preparation and authorization.

- Movements should be requested in advance
- Moments should be planned to the most minor detail
- Movement plans should include routes, times, destinations, passengers
- Movements should only be executed after a proper advance has been conducted

3. **Physical Measures**

Physical security measures should be in place to keep the integrity of the residence when human observation is otherwise occupied.

- Alert sensors on doors and windows should be installed
- Door locks should be upgraded and locked at all times
- Cameras should be placed in vulnerable areas i.e. blind spots and entry points

*Prepared by:*
*T. Grant McDonald & Todd McGuire*

**Bedrock Special Projects Group**
<u>**LAYTON RST SECURITY PLAN**</u>

- All of these security measures should be regularly checked for functionality and tampering

**4. Manner of Performance**

The agents on this detail are expected to conduct themselves in a professional manner at all times

- RST will be firm yet courteous, efficient, and tactful at all times while performing their duties. RST members will never engage in arguments with any person, and will refer disagreements and misunderstandings to their Supervisor and the Director of Security. They must read, fully understand, and comply with all General Orders.

- RST members will, at all times, maintain a neat and clean appearance and, while on duty, be fully dressed in the assigned attire and equipment. RST will be subject to inspection at any time.

- RST members must not participate in or support any activities that would be disruptive to the performance of their duties or would decrease the efficiency of the daily operation.

- RST will perform only those security duties identified by the security contractor and the Director of security. Team members will not perform any other non-security related or unauthorized functions during duty hours, i.e., gardening, housekeeping chores, maintenance duties, or any other duty or act which distracts the RST member from his intended purpose.

- Where appropriate, RST members will maintain in a neat, orderly, legible fashion, all log books, ledgers, record books, incident reports, or any other written record of duties performed or of any security event.

- RST will not offer or divulge any information about the Client or daily team operations, SOP's or personnel to anyone. Report immediately to their Supervisor and the Director of security any attempt by individuals to solicit information regarding the Client, personnel or facilities. .

**Bedrock Special Projects Group**
**LAYTON RST SECURITY PLAN**

### *RST GENERAL ORDERS*

1. To take charge of my post and all personnel and property in view.

2. To walk my post in a professional manner, keeping always on the alert and observing everything that takes place within sight or ear shot.

3. To report all violations of orders I am instructed to enforce.

4. To repeat all calls from post more distant from the TOC than my own.

5. To quit my post only when properly relieved.

6. To receive obey, and pass on to the agent who relieves me, all orders from the Site Lead and Director of Security only.

7. To talk to no one except in the line of duty.

8. To give the advance notice in case of fire or disorder.

9. To call supervision in any case not covered by instructions.

10. To render appropriate respect and greeting to Client and respective staff.

11. To be especially vigilant at night and during the time for challenging; to challenge all persons on or near my post.

*Prepared by:*
*T. Grant McDonald & Todd McGuire*

**Bedrock Special Projects Group**
**LAYTON RST SECURITY PLAN**

### ADDITIONAL SERVICES AVAILABLE:

Bedrock is prepared to prioritize compliance with any and all orders received from the Court and/or Pretrial Services. In the event the Court orders any of the following conditions of release, Bedrock is prepared to:

- Enforcing House Arrest
- Verify identify of all visitors to ensure they have been preapproved by pretrial services
- Conduct random home searches to ensure no firearms or contraband are present.
- Assist with Installation & Monitoring of Ankle Monitors
- Installation of Interior Cameras
- Ensure client does not operate a vehicle. Bedrock is prepared to provide transportation for all court approved trips.