# Site Survey

## Residence of Kentrell Gaulden

 Layton, UT



Date of Survey: 09 October 2021

Survey Conducted by: T Grant McDonald

Primary Site POC/ Emergency Contact: Ms. Kyrie Oliver

## Site Description:

**(Exterior)** - Single Family Home in a residential neighborhood. Wood construction. Stucco/ stone exterior. One storey tall with an estimated 15ft of distance from homes on either side. Driveway is on the south side of the home and the backyard is on the north side. Sits on a approx. 6500 sq. ft. lot.

**(Interior)** – The interior consists of a ground level (main floor) and finished basement. There are five bedrooms and three bathrooms. There are three bedrooms two bathrooms located on the main floor. Including the primary bed and bath. The main floor also houses the kitchen. The basement contains two more bedrooms and one more bath. The basement also contains a dry storage room.

## Site Security:

The security on this site is limited. There are no cameras sensors and fail safes for doors or windows. Locks are weak and one is broken all together. The high traffic nature of the neighborhood makes it difficult to identify threats.

## Hard Point:

The dry storage room in the basement on the south side would serve as a great hard point. It is underground and constructed of reinforced concrete.

## Hospital:

The closest hospital is Layton Hospital. It has a level 3 Trauma unit.
201 Layton Pkwy, Layton, UT 84041
801-543-6000

## Notes:

I met with Ms. Kyrie Oliver who is the primary/ emergency POC for the property. She granted me access to the residence and allowed me to conduct my survey. I took my notes and wrapped things up in under 30 minutes.

## Suggestions:

I would suggest cameras at al entry points internal and external. Upgraded locks and secondary measures. Also an alarm system would help deter would be threats and two agents on at a time with 24 hour coverage.