

*St. Martin Parish Sheriff's Office*
*Special Investigations Unit*
*Investigative Report of Sgt. Frederick Renz III*
*Case No.21-25770*

### Synopsis

A fight occurred on August 3, 2021 between Inmate Kentrell Gaulden (BM; DOB 10/20/1999) and Inmate J      J       BM; DOB       1978) in General Holding at the St. Martin Parish Correctional Center.

### Investigative Narrative

On Wednesday August 4, 2021, I, Sergeant Frederick L. Renz III, with the St. Martin Sheriff's Office, Special Investigations Unit, was upstairs in the jail assisting with the day's events. I spoke with Inmate J      J       in the Attorney Visitation area when he and Inmate T      D       (BM; DOB      1973) were waiting to have their C.B.G.'s done by the medical staff. Inmate J       told me to go look at the camera footage of when he and Inmate Gaulden got in a fight (at this time I was unaware of the fight occurring the previous night, August 3, 2021). Inmate J       told me he was scared of Inmate Gaulden because he continually bullied the dorm. Inmate J       told me Inmate Gaulden would take the remote for the television and keep it all day and night. Inmate J       said if anyone wanted to watch television, he would turn the tv off, or mute the sound on whatever was on at the time. Inmate J       said if Inmate Gaulden turned the television on what he wanted to watch, he would turn the volume up to max level, whether people were sleeping or not. Inmate J       stated he tried to talk to him about the way he was bullying the dorm with the television, and other things, and Inmate Gaulden threatened him. I asked him to be specific in what he said, and he said "he kept threatening my family." I asked him again to tell me exactly what was said and Inmate D       stated "The dude said he's got money and he can touch my family. He told me that, he told J       that, and he's told plenty of people that. He's a bully." Inmate J       said "He told me he would have my family touched. I ain't gon' lie I'm scared of the lil dude. Not face to face, but he threatened my family."

 On Thursday August 5, 2021, I was assisting the officers on shift to conduct recreation on the rooftop. I secured the area, and brought some ice water in a pitcher with some cups to help with the heat. Upon seeing the pitcher of water, Inmate Gaulden came up to me and stated "Man why I gotta be punished for the fight? Dude started it. Yeah I hit him first, but he started it." I explained that I would be looking at the video of the fight and that a disciplinary hearing would occur. I also explained to him that since he was in a fight in General Holding, that normal protocol is to separate the individuals who were in the fight.

Inmate J       uses a CPAP machine and the power cord is available for it for him to use in General Holding. Inmate J       remains housed in General Holding. Inmate Gaulden was moved to ISO-1 which is a single man cell.

I watched and recorded the incident in General Holding. A copy of the DVD is being sent along with this narrative.

- 2 -

**<u>Conclusion</u>**

After watching the video of the event, you can see Inmate J         stand up and approach Inmate Gaulden while he's shuffling cards watching the television. Inmate Gaulden swings a fist at Inmate J         face and they exchange blows. Deputies arrive and separate them, they pull away and begin fighting again. Deputies separate them and remove Inmate J         from the dorm. Both Inmate Gaulden and Inmate J         have hearings for a possible 30 day sanction of loss of all privileges (phone, kiosk, etc.).


Sgt. Frederick Renz III
St. Martin Parish Sheriff's Office
Special Investigations Unit