

# RED RIVER BANK
A Louisiana Community Bank · Member FDIC
Post Office Box 12550, Alexandria, Louisiana 71315

****************EXCLUDE-Email
                    00.000

BIG38ENTERPRISE LLC

Page Number         1 of 4
Account Number:
Date:               01/31/21

If you have a savings account with us, there will be a change in your account terms. Effective 2/1/2021, all savings withdrawals and outgoing transfers, including withdrawals made at the ATM or in-person, will be subject to a fee if you exceed three (3) withdrawals per month. After three (3) free withdrawals, the fee will be $3 each for the next three and $15 each after six (6) withdrawals, per month. This change may result in increased withdrawal fees. We also updated the name for our Commercial Statement to Business Savings Account.

## STATEMENT SUMMARY AS OF 01/31/21

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| SMALL BUSINESS | | | |

| | | | |
|---|---|---|---|
| SMALL BUSINESS | BIG38ENTERPRISE LLC | | Acct |



### Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 1/04 | | |
| 1/11 | | |

### Miscellaneous Debits

| Date | Withdrawals | Activity Description |
|---|---|---|
| 1/04 | 25,000.00 | BENE:KYRIE OLIVER |

NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**U.S. Exhibit 6**



**RED RIVER BANK**
A Louisiana Community Bank · Member FDIC
Post Office Box 12550, Alexandria, Louisiana 71315

BIG38ENTERPRISE LLC

Page Number: 2 of 4
Account Number: 
Date: 01/31/21

## Miscellaneous Debits

| Date | Withdrawals | Activity Description |
|---|---|---|
| 1/04 | | |
| 1/05 | 25,000.00 | BENE:KYRIE OLIVER |
| 1/05 | | |
| 1/06 | | |
| 1/07 | | |
| 1/07 | | |
| 1/11 | | |
| 1/13 | 35,000.00 | BENE:KYRIE OLIVER |
| 1/13 | | |
| 1/13 | | |
| 1/13 | | |
| 1/21 | | |
| 1/21 | | |
| 1/21 | | |
| 1/21 | | |
| 1/21 | | |
| 1/21 | | |
| 1/21 | | |
| 1/22 | | |
| 1/22 | | |
| 1/26 | | |
| 1/28 | | |
| 1/28 | | |

## ATM/Debit Card Transactions

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 1/04 | | | |
| 1/05 | | | |





### RED RIVER BANK
A Louisiana Community Bank · Member FDIC
Post Office Box 12550, Alexandria, Louisiana 71315

BIG38ENTERPRISE LLC

Page Number: 3 of 4
Account Number: ▓
Date: 01/31/21

## ATM/Debit Card Transactions

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 1/21 | | ▓ | ▓ |
| 1/21 | | ▓ | ▓ |
| 1/25 | | ▓ | ▓ |
| 1/26 | | ▓ | ▓ |
| 1/27 | | ▓ | ▓ |
| 1/27 | | ▓ | ▓ |



## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/04 | ▓ | 1/11 | ▓ | 1/25 | ▓ |
| 1/05 | ▓ | 1/13 | ▓ | 1/26 | ▓ |
| 1/06 | ▓ | 1/21 | ▓ | 1/27 | ▓ |
| 1/07 | ▓ | 1/22 | ▓ | 1/28 | ▓ |





**RED RIVER BANK**
A Louisiana Community Bank • Member FDIC
Post Office Box 12550, Alexandria, Louisiana 71315

```
                                              Page Number              1 of 5
*******************EXCLUDE-Email              Account Number:
                EX 00.000                     Date:                  02/28/21

BIG38ENTERPRISE LLC
```

WE APPRECIATE YOUR BUSINESS!

## STATEMENT SUMMARY AS OF 02/28/21

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| SMALL BUSINESS | | | |

**SMALL BUSINESS**        **BIG38ENTERPRISE LLC**        Acct

```
              Beginning Balance        2/01/21
              Deposits / Misc Credits        3
              Withdrawals / Misc Debits     49
           ** Ending Balance           2/28/21
              Service Charge
              Average Collected Balance
              Minimum Balance
              Enclosures
```

### Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 2/08 | | |
| 2/18 | | |
| 2/18 | | |

### Miscellaneous Debits

| Date | Withdrawals | Activity Description |
|---|---|---|
| 2/01 | | |
| 2/03 | 505,000.00 | BENE:KYRIE OLIVER |
| 2/03 | | |
| 2/05 | | |
| 2/05 | | |
| 2/05 | | |



NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**RED RIVER BANK**
A Louisiana Community Bank • Member FDIC
Post Office Box 12550, Alexandria, Louisiana 71315

BIG38ENTERPRISE LLC

Page Number: 2 of 5
Account Number: ▮
Date: 02/28/21

**Miscellaneous Debits**

| Date | Withdrawals | Activity Description |
|---|---|---|
| 2/08 | | |
| 2/08 | | |
| 2/08 | | |
| 2/08 | | |
| 2/08 | | |
| 2/08 | | |
| 2/16 | | |
| 2/18 | | |
| 2/18 | | |
| 2/18 | | |
| 2/18 | | |
| 2/19 | | |
| 2/19 | | |
| 2/19 | | |
| 2/19 | | |
| 2/19 | | |
| 2/19 | | |
| 2/19 | | |
| 2/23 | | |
| 2/24 | | |
| 2/24 | | |
| 2/25 | | |
| 2/25 | | |
| 2/26 | | |
| 2/26 | | |

**ATM/Debit Card Transactions**

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 2/01 | | | |





**RED RIVER BANK**
A Louisiana Community Bank · Member FDIC
Post Office Box 12550, Alexandria, Louisiana 71315

BIG38ENTERPRISE LLC

Page Number: 3 of 5
Account Number: ███
Date: 02/28/21

## ATM/Debit Card Transactions

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 2/01 | | | |
| 2/01 | | | |
| 2/01 | | | |
| 2/09 | | | |
| 2/10 | | | |
| 2/11 | | | |
| 2/12 | | | |
| 2/12 | | | |
| 2/16 | | | |
| 2/16 | | | |
| 2/16 | | | |
| 2/16 | | | |
| 2/17 | | | |
| 2/18 | | | |
| 2/18 | | | |





## RED RIVER BANK
A Louisiana Community Bank • Member FDIC
Post Office Box 12550, Alexandria, Louisiana 71315

BIG38ENTERPRISE LLC

Page Number: 4 of 5
Account Number: ███
Date: 02/28/21

## ATM/Debit Card Transactions

| Date | Deposits | Withdrawals | Activity Description |
|------|----------|-------------|----------------------|
| 2/18 | | ███ | ███ |
| 2/24 | | ███ | ███ |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | ███ | 2/11 | ███ | 2/23 | ███ |
| 2/03 | ███ | 2/12 | ███ | 2/24 | ███ |
| 2/05 | ███ | 2/16 | ███ | 2/25 | ███ |
| 2/08 | ███ | 2/17 | ███ | 2/26 | ███ |
| 2/09 | ███ | 2/18 | ███ | | |
| 2/10 | ███ | 2/19 | ███ | | |