UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                                 CRIMINAL NO. 21-14-SDD-SDJ

KENTRELL GAULDEN

### ORDER

Considering the Defendant's Unopposed Motion to Continue Trial,[1]

**IT IS HEREBY ORDERED** that the trial date of May 16, 2022, and the pretrial conference date of April 26, 2022, be continued. A new pretrial conference is set for June 28, 2022, at 2:30 p.m. and trial date is set for July 11, 2022 to July 15, 2022.

The Court finds failure to grant the requested continuance "would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."[2] Further, it is the finding of this Court, after an "ends of justice" analysis pursuant to the provisions of 18 U.S.C. § 3161(h)(7), that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Baton Rouge, Louisiana, this 15th day of March, 2022.

_Shelly D. Dick_
SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 168.
[2] See 18 U.S.C. § 3161(h)(7)(B)(iv).

JURY