# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | |
| : | CRIMINAL NO. 21-14-SDD-SDJ |
| KENTRELL D. GAULDEN : | |
| a/k/a "YoungBoy Never Broke Again" : | |
| a/k/a "NBA YoungBoy" : | |
| a/k/a "YB" : | |

## MOTION TO ENROLL COUNSEL

The United States of America hereby moves this Court to enroll M. Patricia Jones, Assistant United States Attorney, as co-counsel with William K. Morris, Assistant United States Attorney, in this criminal action.

WHEREFORE, the United States prays for the entry of an order enrolling M. Patricia Jones, as co-counsel for the United States in this action.

              UNITED STATES OF AMERICA, by

              RONALD C. GATHE, JR.
              UNITED STATES ATTORNEY

              /s/ William K. Morris
              William K. Morris, LBN 28694
              Assistant United States Attorney
              777 Florida Street, Suite 208
              Baton Rouge, Louisiana  70801
              Telephone: (225) 389-0443
              E-mail: william.morris2@usdoj.gov

              /s/ M. Patricia Jones
              M. Patricia Jones, LBN 18543
              Assistant United States Attorney
              777 Florida Street, Suite 208
              Baton Rouge, Louisiana  70801
              Telephone: (225) 389-0443
              E-mail: patricia.jones4@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | : |
| | : CRIMINAL NO. 21-14-SDD-SDJ |
| KENTRELL D. GAULDEN | : |
| a/k/a "YoungBoy Never Broke Again" | : |
| a/k/a "NBA YoungBoy" | : |
| a/k/a "YB" | : |

## **ORDER**

The United States of America's Motion to Enroll Counsel considered, and for good cause shown,

IT IS ORDERED that M. Patricia Jones, Assistant United States Attorney, is hereby enrolled as co-counsel with William K. Morris, Assistant United States Attorney, for the United States of America.

Baton Rouge, Louisiana this _____ day of March, 2022.

_____
SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA