## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 21-14-SDD-SDJ

KENTRELL GAULDEN

### ORDER

Considering the Defendant's Unopposed Motion to Continue Trial,[1]

**IT IS HEREBY ORDERED** that the trial date of July 11, 2022, and the pretrial conference date of July 7, 2022, be CONTINUED. A telephone status conference is set for August 2, 2022, at 2:00 p.m.

The Court finds failure to grant the requested continuance "would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."[2] Further, it is the finding of this Court, after an "ends of justice" analysis pursuant to the provisions of 18 U.S.C. § 3161(h)(7), that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Baton Rouge, Louisiana, this 29th day of June, 2022.

_Shelly D. Dick_
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 208.
[2] See 18 U.S.C. § 3161(h)(7)(B)(iv).

JURY