# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | |
| : | CRIMINAL NO. 21-14-SDD-SDJ |
| KENTRELL D. GAULDEN : | |
| a/k/a "YoungBoy Never Broke Again": | |
| a/k/a "NBA YoungBoy" : | |
| a/k/a "YB" : | |

## UNITED STATES' NOTICE OF APPEAL
## AND UNITED STATES ATTORNEY CERTIFICATION

**NOTICE IS HEREBY GIVEN** that the United States of America hereby appeals to the United States Court of Appeals for the Fifth Circuit from the February 24, 2022, decision and order of this Court suppressing government evidence in the case (Doc. 164) and from the Court's June 24, 2022, denial of the United States' motion for reconsideration of such decision and order (Doc. 198).

The undersigned United States Attorney, Ronald C. Gathe, Jr., hereby certifies, pursuant to 18 U.S.C. § 3731, that the appeal is not taken for purpose of delay and that the suppressed evidence is a substantial proof of a fact material in the proceeding.

                UNITED STATES OF AMERICA, by

                /s/ Ronald C. Gathe, Jr.
                Ronald C. Gathe, Jr.
                United States Attorney
                Middle District of Louisiana

                /s/ M. Patricia Jones
                M. Patricia Jones, LBN 18543
                Assistant United States Attorney
                777 Florida Street, Suite 208
                Baton Rouge, Louisiana 70801
                Telephone: (225) 389-0443
                Fax: (225) 389-0561
                E-mail: patricia.jones4@usdoj.gov