# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 15, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| | NO. 21-14-SDD-SDJ |
| KENTRELL D. GAULDEN | |

This matter came on this day for a *Telephone Conference*.

PRESENT:   William Kyle Morris, Esq.
Counsel for United States

James Phillip Manasseh, Esq.
Andre Belanger, Esq.
Drew Findling, Esq.
Ian Francis Hipwell, Esq.
Tanner Caldwell Woods, Esq.
Counsel for Defendant

The parties discussed the status of the case.

The Court took the pending motions under advisement and will issue a ruling shortly.

\* \* \* \* \*

Cr 54/15 mins.