# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    :
             :
  *versus*        :
             :  CRIMINAL NO. 21-14-SDD-SDJ
KENTRELL D. GAULDEN    :
a/k/a "YoungBoy Never Broke Again" :
a/k/a "NBA YoungBoy"    :
a/k/a "YB"        :

## UNITED STATES' MOTION FOR A HEARING FOR THE COURT TO ADDRESS DEFENDANT'S NONCOMPLIANT BEHAVIOR ON PRETRIAL RELEASE

The United States of America by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through William K. Morris, Assistant United States Attorney, respectfully submits this Motion for a Hearing for the Court to Address Defendant's Noncompliant Behavior on Pretrial Release based upon the following:

1.

On March 10, 2021, a federal grand jury returned an indictment charging the defendant with possession of firearms by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); and possession of a firearm not registered in the national firearms registration and transfer record, in violation of 26 U.S.C. § 5861(d).

2.

On October 22, 2021, this Court signed an order setting forth the conditions of the defendant's pre-trial release.

3.

Condition Number (10) provided that the defendant "[t]he Defendant must not use or unlawfully possess a narcotic drug or other controlled substance."

4.

The undersigned has learned that the defendant has violated Condition Number (10) and has informed his supervising officer that he has no intentions to discontinue using the substance that resulted in the violation.

WHEREFORE, the United States respectfully requests that this Court set a hearing to address the violation with the defendant and to determine the appropriate remedial action.

Respectfully submitted, this 29th day of February, 2024.

UNITED STATES OF AMERICA, by

RONALD C GATHE, JR.
UNITED STATES ATTORNEY

/s/ William K. Morris
William K. Morris, LBN 28694
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: willliam.morris2@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 21-14-SDD-SDJ |
| | : | |
| KENTRELL D. GAULDEN | : | |
| a/k/a "YoungBoy Never Broke Again" | : | |
| a/k/a "NBA YoungBoy" | : | |
| a/k/a "YB" | : | |

## <u>ORDER</u>

Considering the United States' Motion for a Hearing for the Court to Address Defendant's Noncompliant Behavior on Pretrial Release,

**IT IS HEREBY ORDERED** that a hearing be set on the _____ day of _____, 2024, at _____ .m. for the Court to address the defendant regarding a violation of his pretrial release.

Read and signed this _____ day of _____, 2024, Baton Rouge, Louisiana.

_____
SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA