# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | : |
| | : CRIMINAL NO. 21-14-SDD-SDJ |
| KENTRELL D. GAULDEN | : |
| a/k/a "YoungBoy Never Broke Again" | : |
| a/k/a "NBA YoungBoy" | : |
| a/k/a "YB" | : |

## UNITED STATES' MOTION
## TO ARREST DEFENDANT AND REVOKE RELEASE

The United States of America by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through William K. Morris, Assistant United States Attorney, respectfully submits this Motion to Arrest Defendant and Revoke Release based upon the following:

1.

On March 10, 2021, a federal grand jury returned an indictment charging the defendant with possession of firearms by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); and possession of a firearm not registered in the national firearms registration and transfer record, in violation of 26 U.S.C. § 5861(d).

2.

On October 27, 2021, this Court signed an order setting forth the conditions of the defendant's pre-trial release.

3.

On February 29, 2024, the United States filed a Motion for a Hearing for the Court to Address Defendant's Noncompliant Behavior on Pretrial Release. (R. Doc. 258). Condition Number (10) provides that "[t]he Defendant must not use or unlawfully possess a narcotic drug or other controlled substance." The undersigned learned that the defendant had violated Condition Number (10) and had informed his supervising officer that he had no intentions to discontinue using the substance that resulted in the violation. The United States' motion was denied on March 27, 2024, without a hearing or written reasons.

4.

Condition Number (1) states that "The Defendant must not violate federal, state, or local law while on release." Condition Number (9) states that "The Defendant shall not possess a firearm, destructive device, or other weapon." Condition Number (10) states that "The Defendant must not use or unlawfully possess a narcotic drug or other controlled substance."

5.

With regards to Condition Numbers (1), (9), and (10), see attached referencing violations of multiple conditions of release by the defendant between September 19, 2023, and April 16, 2024. United States Ex. 1.

6.

This Court has the authority to issue a warrant for the arrest of a person charged with violating conditions of release. Title 18, United States Code, Section 3148(b) provides that, should this Honorable Court find "probable cause to believe the person has committed a

Federal, State, or local crime while on release," and "there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community," or "the person is unlikely to abide by any condition or combination of conditions of release," then this Court shall enter an order of revocation and detention. Furthermore, "If there is probable cause to believe that, while on release, the person committed a Federal, State, or local felony, a rebuttable presumption arises that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community." *Id.*

**WHEREFORE**, the United States respectfully requests that this Court issue an order to arrest the defendant, set a hearing to determine whether the defendant's pre-trial release order shall be revoked, and detain the defendant pending trial.

Respectfully submitted, this 18th day of April 2024.

UNITED STATES OF AMERICA, by

RONALD C GATHE, JR.
UNITED STATES ATTORNEY


/s/ William K. Morris
William K. Morris, LBN 28694
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: willliam.morris2@usdoj.gov

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | |
| : | CRIMINAL NO. 21-14-SDD-SDJ |
| KENTRELL D. GAULDEN : | |
| a/k/a "YoungBoy Never Broke Again" : | |
| a/k/a "NBA YoungBoy" : | |
| a/k/a "YB" : | |

## **ORDER**

Considering the United States' Motion to Arrest the Defendant and Revoke Release,

**IT IS HEREBY ORDERED** that a warrant will issue directing a federal law enforcement officer to arrest **KENTRELL D. GAULDEN**, the defendant.

**IT IS FURTHER ORDERED** that following his arrest, a hearing will be set at a date and time to be determined by the Court to determine whether the defendant's pre-trial release order should be revoked, and the defendant should be detained pending trial.

Read and signed this _____ day of _____, 2024, Baton Rouge, Louisiana.

_____
SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA