IN THE

1ST DISTRICT COURT - LOGAN

COUNTY OF CACHE, STATE OF UTAH

| State of Utah | |
|---|---|
| vs. | **Affidavit of Probable Cause** |
| KENTRELL DESEAN GAULDEN<br>Date of Birth:        1999 | |
| Arrestee | |

On  04/16/2024 14:50    the defendant was arrested for the offense(s) of:

| | Offense Date | Offense Description | Statute | Gov Code | Severity | DV |
|---|---|---|---|---|---|---|
| 1 | 04/16/2024 | POSSESSION OF A DNGR WEAP BY RESTRICTED | 76-10-503(2)(A) | UT | F2 | No |
| 2 | 04/16/2024 | PATTERN OF UNLAW ACTIVITY | 76-10-1603 | UT | F2 | No |
| 3 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 4 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 5 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 6 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 7 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 8 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 9 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 10 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 11 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 12 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 13 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 14 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 15 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 16 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 17 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102 | UT | F3 | No |

U.S. Exhibit 1

|    | Offense Date | Offense Description | Statute | Gov Code | Severity | DV |
|----|--------------|---------------------|---------|----------|----------|-----|
|    |              |                     | (2)+(3A) |         |          |    |
| 18 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 19 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 20 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 21 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 22 | 04/16/2024 | IDENTITY FRAUD - VALUE < $5000 | 76-6-1102(2)+(3 | UT | F3 | No |
| 23 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 24 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 25 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 26 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 27 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 28 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 29 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 30 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 31 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 32 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 33 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 34 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 35 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 36 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 37 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 38 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 39 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 40 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 41 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE | 58-17B-501 | UT | MA | No |

| | Offense Date | Offense Description | Statute | Gov Code | Severity | DV |
|---|---|---|---|---|---|---|
| | | ANY DRUG/PRESCRIPTION | (6) | | | |
| 42 | 04/16/2024 | PROCURING OR ATTEMPTING TO PROCURE ANY DRUG/PRESCRIPTION | 58-17B-501(6) | UT | MA | No |
| 43 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 44 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 45 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 46 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 47 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 48 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 49 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 50 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 51 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 52 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 53 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 54 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 55 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 56 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 57 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 58 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 59 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 60 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 61 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 62 | 04/16/2024 | FORGERY | 76-6-501 | UT | F3 | No |
| 63 | 04/16/2024 | POSSESSION OF CONTROLLED SUBSTANCE MARIJUANA/SPICE | 58-37-8(2)(D) | UT | MB | No |

I believe there is probable cause to charge the defendant with these charges because:

Kentrell DeSean Gaulden, also known as NBA Youngboy, has been a target of investigation by the Cache County Sheriff's Office after being identified as a suspect in a large scale prescription fraud ring.  The prescription fraud ring is known to have attempted or has acquired various prescription medications, specifically Promethazine with Codeine a cough suppressant that is a heavily abused Schedule 5 Controlled Substance from multiple pharmacies in Cache County as well as throughout the state of Utah.  During the investigation it had been discovered that Kentrell Gaulden in concert with many other individuals, further identified as an ongoing criminal enterprise.  Two of these individuals have been arrested in association with a prescription fraud incident that had been intercepted at Larry's Pharmacy in Smithfield.  A synopsis of the events that occurred in Cache County are as follows:

On 9/19/2023, Reed's Pharmacy in Hyrum, received a prescription called in for a "Bethel White" with a claimed DOB of         1949.  The prescription was called in by an individual (who will be further referred to as the suspect) claiming to be a physician in the Provo, Utah area, providing an actual, valid DEA number, NPI number and other identification for the real physician.  Reed's Pharmacy discovered that the phone number that the suspect called in from was a phone number that was not the same as the clinic in the Provo area.  Reed's Pharmacy contacted the actual physician and the actual physician informed employees of Reed's Pharmacy that he does not have a patient by the name of Bethel White nor did he call in a prescription to a pharmacy in

Hyrum. The actual physician told Pharmacy employees that this has "happened several times today", and that they did not write any prescriptions for a Bethel White. The prescription called in was for an antibiotic as well as Promethazine with Codeine, a Schedule 5 Controlled Substance. Law Enforcement staged in the parking lot of the Reed's Pharmacy, awaiting for someone to show up to retrieve the prescription but no suspects showed up.

On 9/19/2023, Spence's Pharmacy in Logan received a phone call from the suspect using the same physician's information, calling in a prescription for a "Gwendlyn Cox" with a claimed DOB of            1951. The prescription was for Promethazine with Codeine, similar to the prescription called in at Reed's Pharmacy. About two weeks after the prescription had been called in, the prescription had been picked up by a female individual who will be referred to as Associate 2. Associate 2 picked up the prescription for Gwendyln and alleged that Gwendayln was her grandmother. Later on 10/9/23, Spence's Pharmacy received another call from the suspect identifying as the same physician, again trying to prescribe Promethazine with Codeine to "Gwendlyn Cox". However, the pharmacist requested that they send a hard copy of the prescription with the patient this time and the suspect hung up the phone. At this time employees of Spence's Pharmacy attempted to call the real physician back after looking up his phone number for a practice in Provo. Contact was made with the real physician and he told them that he has not called in any prescriptions and that his name and credentials are being used fraudulently. It is also of value to note that the home address given to the Pharmacy for Gwendlyn was a local address in Logan.

On 1/17/24, a fraudulent prescription was called into the Larry's Pharmacy in the Smithfield, Utah area. The prescription had been called in by the suspect identifying as the physician. The prescription was being called in for a female by the name of "Gwendolyn Cox" (slightly different spelling and date of birth as the one at Spence's pharmacy) with the provided birthday of           1949. The prescription called in was Promethazine with Codeine, listed as a Schedule 5 Controlled Substance. After receiving the request for the prescription, the Pharmacy had found the call to be suspicious. The Pharmacy attempted to contact the doctor again but the phone number was disconnected. The Pharmacy searched the practice on the internet for the physician and found that he was a medical provider in Provo. During the conversation with the physician, he stated that he does not have a patient by the name of Gwendolyn Cox and suggested that the prescription request was fraudulent. The physician had told the Pharmacy that this has happened many times. The Pharmacy then contacted Law Enforcement and provided the information. In addition, the Pharmacy had also been in communication with someone who identified themselves as "Gwendolyn Cox" and they were making arrangements for their grandchild to pick up the prescription. They described that "Gwendolyn" sounded as though they were a much younger person disguising their voice to sound much older. The phone numbers that the Pharmacy had received calls from were later called by the Pharmacy and found to be disconnected or not in service.

During the Smithfield incident, I had been assigned as an Agent for the Cache Rich Drug Task Force and conducted the initial investigation. I observed the similarities between the information received from Larry's Pharmacy and the fraud that occurred at Spence's Pharmacy from the previous report. A plan was devised to contact whoever arrived to pick up the prescription from Larry's Pharmacy. Two different females, later identified as known associates of Kentrell Gaulden and will be referred to as Known Associate 1 and 2, arrived at Larry's Pharmacy to pick up the prescription. They were detained for the investigation and were later arrested for their role in a prescription fraud ring.

However, during the investigation, I was contacted by Dispatch and informed of a "Gwendolyn Cox" needing to speak with me. I contacted Gwendolyn at the phone number that she provided Dispatch. During my conversation with Gwendolyn she gave me the last name of "White" when asked for the spelling of her name. "Gwendolyn" only gave me her birth month and date and could not provide her age to me. "Gwendolyn" also would not provide her address, though the address given to the pharmacy was a local address to Smithfield. Also during the conversation with "Gwendolyn" it was very clear that a fake voice was being used. "Gwendolyn" sounded as though she was a much younger male from the southern states. Gwendolyn made a statement "well I axed her to and she said that she'll have you call me". This statement was a response to a request that was made to have "Gwendolyn" contact Dispatch and have them transfer her call back through. According to your Affiant's training and experience and having lived in the Southern United States, the terminology in replacing the work "ask" with "axe" or other variations, is consistent with a southern dialect in states such as Texas, Louisiana, Georgia and other southern states.

During the incident at the Larry's Pharmacy, Known Associates 1 and 2 arrived in a white Chevy Tahoe registered to Kentrell Gaulden out of Texas. During the investigation the strong odor of Marijuana emitted from within the vehicle. When both Known Associates 1 and 2 were confronted on the odor, they consented to a search of the vehicle. A search was done, in their presence, where they could easily withdraw consent at any time. Residual marijuana flakes were found throughout the vehicle. They claimed that the Marijuana in the vehicle was not theirs. Also during the search of the vehicle, an empty handgun case was found for a Tisa 1911 in the caliber .45 ACP. The vehicle registration was observed as well, belonging to Kentrell Gaulden. During the communication with Known Associates 1 and 2, they continued to suggest that they were going to the Pharmacy

to pick up the prescription for a "friend" and would never give a name.  It is also of value to note that when interviewing one of the females, they were asked who the prescription was for and she said "Deborah Cox".

The following day, a person who self-identified as Kentrell Gaulden's "business manager" attempted to contact your me, in efforts to get Kentrell Gaulden's Tahoe out of impound.  During this time, the impound company had become suspicious that the vehicle may have been stolen, based on their communication with Kentrell Gaulden's business manager.  Based on the suspicions that had developed, contact was made with the business manager to figure out if the vehicle was stolen.  Through the conversation with the business manager I requested to speak with Kentrell Gaulden to confirm with him.  A short time later I was able to speak with Kentrell Gaulden on a conference call that was recorded through Dispatch.

During the conversation with Kentrell Gaulden, he claimed that the females arrested in Smithfield were family.  During the conversation, I only asked questions regarding Kentrell Gaulden's relation the females who possessed his vehicle as well as trying to confirm that they had his vehicle with his permission.  Kentrell Gaulden agreed that they had permission to have his vehicle and asked about getting it out of impound.  I provided Kentrell Gaulden with information on how to get the vehicle out of impound.  The conversation continued with Kentrell Gaulden for a duration of time and Kentrell Gaulden made a statement determined to be an excited utterance.  This statement was made without asking a related question, "Axe him about um...the prescription that they picked up."  Kentrell Gaulden pauses for a few seconds and continues, slightly inaudible, "...she on the fuckin hospital bed.  She on the hospital bed.  That's only reason she's (the rest of the sentence became inaudible) This utterance that Kentrell Gaulden made was to another person on the conference call later identified as by their Moniker and claimed to be Kentrell Gaulden's brother, will be referred to as Known Assciate 3.  Known Associate 3 has been confirmed as a lifelong friend of Kentrell Gaulden and lived with him in Baton Rouge Louisiana according to Federal Probation.  Given the manner in which this conversation would break up and go silent for durations of time, it is suspected that they had muted my ability to hear multiple times throughout the call.  Given that Kentrell Gaulden was telling Known Associate 3 to ask about the prescriptions, it is suspected that they intended to mute me at that time as well.  This utterance was made, with no questions asked regarding any prescriptions being picked up throughout the phone call.  The utterance shows both knowledge by Kentrell Gaulden about the fraudulent prescription being attempted to get picked up.  In addition, it proves intent, as Kentrell Gaulden continued to attempt to further the prescription fraud by talking about the prescription and saying "she on the hospital bed." referring to the patient, "Gwendolyn Cox" from the previous day.  Also of value to note, Kentrell Gaulden used the word "Axe" instead of ask, this is similar to my conversation with "Gwendolyn" the night before when "Gwendolyn" used the same word.  Based on my training and experience and having lived in the Southern United States, using the term "Axe" in place of ask is a common southern dialect.  This is also consistent with Kentrell Gaulden being from Louisiana and having lived in Texas as well.

During the investigation, I contacted the real physician and spoke with him regarding the fraudulent activity and requested any DOPL records that were created by way of fraudulent prescriptions that had been called in under his name.  On 2/12/24, the physician sent the DOPL information for all the fraudulent prescriptions that have been called in to various pharmacies under his license.  In addition, they provided a list of three additional pharmacies that they had received calls from to verify prescriptions recent to that time.  A synopsis of the fraudulent DOPL records are as follows and noted as prescriptions that had been successfully picked up:

A prescription of Promethazine with Codeine was called in for patient, Ann White, DOB       /1949, to the Midland Pharmacy in Roy, UT.  The prescription was called in twice, 09/15/2023 and 10/09/2023, both for an 8-day supply. The prescription was picked up both times by a male individual who will be referred to as associate 1.

A prescription of Promethazine with Codeine was called in for a patient, Beatrice White, DOB       /1949, to the Costco Pharmacy in Riverton, UT.  The prescription was called in five times, 09/21/2023, 10/09/2023, 10/13/2023, 10/24/2023 and 01/15/2024 for various amounts ranging from a 2 day to 4-day supply.  The prescriptions were picked up by:  A female individual who will be referred to as Associate 2 on 09/21/2023.  Associate 1 on 10/09/2023 and 10/13/2023.  A female referred to as Associate 3, on 10/24/2023.  Known Associate 3, on 01/15/2024.

A prescription of Promethazine with Codeine was called in for a patient, Caroline White, DOB       /1949, to the Tremonton Community Pharmacy in Tremonton, UT.  The prescription was called in twice, 09/21/2023 and 10/13/2023 for an 8-day supply.  The prescriptions were picked up by:  Associate 1, on 09/21/2023.  Associate 2, on 12/13/2023.  Additional notes were made on the DOPL suggesting that contact was also made with a female who will be referred to as Associate 4, on 12/13/2023, to pick up prescriptions.

A prescription of Promethazine with Codeine was called in for a patient, Beatrice White, DOB       /1949, to the Cache Valley Pharmacy in North Logan.  The prescription was called in one time for an 8-day supply.  The

prescription was picked up by someone who provided only a social security number, that was later discovered to belong to a likely deceased person, and no further identification was made. This prescription was picked up on 01/15/2024.

A prescription of Promethazine with Codeine was called in for a patient, Gwendalyn White, DOB         1950, to the Medicine Market Pharmacy in Cottonwood Heights, UT. The prescription was called in twice for an 8-day supply. The prescription was picked up by: A male who will be referred to as Associate 5, on 09/13/2023. Associate 1, on 10/14/2023. An additional prescription was called in on 01/11/2024 but identified as fraudulent and not filled.

A prescription of Promethazine with Codeine was called in for a patient, Alice White, DOB         1949, to Cecil's Pharmacy in Lehi, UT. The prescription was called in once for an 8-day supply. The prescription was picked up by a male individual who will be referred to as Associate 6, on 09/11/2023.

A prescription of Promethazine with Codeine was called in for a patient, Francine White, DOB         1949, to the U of U (Greenwood) Pharmacy in Midvale, UT. The prescription was for an 8-day supply. The prescription was picked up by an unknown male individual suspected to be Associate 7, with a driver's license shown, but believed to be of a different individual, on 09/18/2024.

A prescription of Promethazine with Codeine was called in for a patient, Beatrice White, DOB         1955, to the U of U Pharmacy in Farmington, UT. the prescription was for an 8-day supply. The prescription was picked up by a male individual who will be referred to as Associate 7, on 09/20/2023 (likely the same as the individuals from the U of U pharmacy in Midvale listed above).

A prescription of Promethazine with Codeine was called in for a patient, Kentrell Gaulden, DOB         1953, to the Tremonton Community Pharmacy in Tremonton, UT. The prescription was for a 7-day supply. The prescription was attempted to be picked up on 01/19/2024 by a juvenile who will be referred to as Associate 8. However, Associate 8 was apprehended and turned over to the legal guardian by the Box Elder Drug Task Force when Associate 8 attempted to pick up the prescription.

A prescription of Promethazine with Codeine was called in for a patient, Francine Taylor, DOB         1949, to the U of U Pharmacy in Farmington, UT. The prescription was for an 8-day supply. The prescription was picked up by Associate 5, on 09/15/2024. This incident was reported to the local agency after dispensing the prescription.

A prescription of Promethazine with Codeine was called in for a patient, Gwendlyn Cox, DOB         1951, to the Spence's Pharmacy in North Logan, UT. The prescription was for an 8-day supply. The prescription was picked up by Associate 2, on 09/21/2023. The prescription was called in again at a later time and identified as fraudulent by the pharmacy (23SF328).

After evaluating the information provided from the physician's office, it is of value to note that all the patient's birthdates range in the 40s and 50s, suggesting that they are elderly. In addition, several of the names are repeats including different combinations of first and last names with different birthdays. It is also of value to note that of the prescriptions on the DOPL from the physician, are only the prescriptions that have been filled. This list does not include all the likely attempts at calling in the prescriptions to other various pharmacies that have identified it as fraud prior to filling the prescription. Those incidents won't show on the DOPL, consistent with the second prescription called into Spence's Pharmacy for Gwendlyn Cox, or the prescription called in to the Larry's Pharmacy in Smithfield for "Gwendolyn Cox" on 1/2/24.

The attempts that the physician reported to have occurred in Cache Valley that they had been contacted regarding are as follows:

Reed's Pharmacy in Hyrum for a fraudulent prescription in the name of Bethel White with a DOB of         49.

Cook Brother's Pharmacy in Providence for a fraudulent prescription in the name of Harriet White with a DOB of         1949.

The Budge Clinic Pharmacy in Logan for a fraudulent prescription in the name of Carolyn White with a DOB of         49.

On 2/13/24, your Affiant Received a copy of the Box Elder Narcotics Strike Force (BENSF) report for the incident during which the Juvenile, Associate 8 attempted to pick up the fraudulent prescription for Kentrell Gaulden, with a fake birthday. The account was given for the attempt as well as an additional prescription that was called in for the same Promethazine with Codeine along with other prescriptions for Kentrell Gaulden, this time with Kentrell Gaulden's real date of birth. This incident had occurred on 1/23/24 and the prescription had been called

in by a different provider out of Houston Texas.

BENSF had contacted the provider out of Houston and verified that the prescription was legitimate. This was discovered after BENSF had contacted an acquaintance of Kentrell Gaulden's that was picking up the prescriptions. It is of value to note that this Tahoe is also the same Tahoe that is visible in one of Kentrell Gaulden's music videos. This has been confirmed by physical features visible on the Tahoe, such as a small distinguishable dent on the column between the driver and rear passenger door. The rims also match in both the music video and the body camera footage from when the vehicle had been impounded during the incident at the Larry's Pharmacy in Smithfield. During contact, they found the male to be driving in the same Chevy Tahoe that Known Associates 1 and 2 were driving when they were arrested at the Larry's Pharmacy in Smithfield.

The BENSF detected the strong odor of Marijuana emitting from within the vehicle and conducted a further investigation, locating an empty Tisa 1911 handgun box, the same handgun box that I found on 1/2/2024. It is also of value to note that in Kentrell Gaulden's music video that the Tahoe is shown, Kentrell Gaulden is sitting in the back seat on the Driver's side with the window down. During the video, Kentrell Gaulden is shown holding a brown, unevenly rolled cigarette, similar to the Marijuana Cigarette that was recovered from inside of the driver's side door. Also, his current position in the seat behind the driver is consistent with the location of where a large amount of residual marijuana flakes were observed during the Smithfield incident. The investigation ended for the BENSF after the search and finding that the prescription was legitimate.

Based on the findings of the BENSF regarding the real prescription and the four fraudulent prescriptions, three of which had been filled, this continues to show a pattern consistent with an organizational structure identified in the fraudulent prescription documented in the DOPL report for the physician. A suspect calls in a prescription, claiming the identity of a real doctor and using a fraudulent patient name and birthday, all for Promethazine with Codeine. Sometime after the prescriptions are called in, they are filled and picked up by various individuals that have been found to be involved in the organized criminal dealings. Of the individuals picking up the prescriptions, many of them have picked up prescriptions more than once and at different pharmacies throughout Utah. It is of value to note that all of these prescriptions have been called in by a suspect claiming to be a real physician and providing the physicians DEA number as well as other items required to order the prescription.

Further investigation into Kentrell Gaulden was conducted after he had been identified as a primary suspect. Kentrell Gaulden is a rapper from Baton Rouge, Louisiana. He has resided in multiple states including Louisiana, Texas, Georgia, California and Utah. Kentrell Gaulden is currently on federal pretrial probation, awaiting trial for a federal gun charge for possession of a firearm by a felon. Kentrell Gaulden's criminal history was viewed and it showed that he had been arrested for two counts of Murder in Louisiana in 2016. During the judicial proceedings for the case, the charges that Kentrell Gaulden was later convicted of were Aggravated Assault with a Firearm and the charge of Attempted Murder was dismissed. This arrest occurred while Kentrell Gaulden was a Juvenile. The Offense occurred within the last 10 years and if committed by an adult would result in a Felony, qualifying Kentrell as a Category 1 restricted person per UCA 76-10-503.

In 2018 Kentrell Gaulden was arrested in Georgia for Aggravated Assault and Kidnapping. Through court proceedings the Kidnapping charge was dismissed and the Aggravated Assault was reduced to a "Simple Battery - Family Violence" resulting in a misdemeanor conviction and 12 months of probation.

In 2019, Kentrell Gaulden was arrested again in Georgia for Possession of Marijuana, with no case disposition shown on his criminal history.

In 2020, Kentrell Gaulden was arrested in Louisiana for Possession of a Firearm by a Convicted Felon, Distribution of Marijuana, Possession of a Controlled Substance, Illegal Carrying of a Weapon, Illegal Possession of a Stolen Firearm and Possession of a Schedule 4 Controlled Substance. No court disposition is available in the criminal history.

In 2021, Kentrell Gaulden was arrested by the FBI for Felon in Possession of a Weapon, likely in relation to the 2020 case in Louisiana. The case is still pending federal adjudication and what he is on federal pretrial probation for.

Kentrell Gaulden had been identified by the FBI as a leader of the NBA street gang. The NBA street gang is a group of associates of Kentrell Gaulden's that have been classified as a gang because of their structure, affiliation and violent behavior. Kentrell Gaulden's music is heavily influenced by such behavior as he is consistently rapping about shooting and killing people, using drugs and having a strong dislike for Law Enforcement. In many of Kentrell Gaulden's music videos, even recent videos as of the beginning of 2024, Kentrell Gaulden is shown in possession of many different firearms as well as smoking what appears to be

Marijuana rolled cigarettes.

Kentrell Gaulden is currently residing in the unicorporated area of Weber County in the vicinity of Huntsville, Utah in a large multi-million-dollar home described as a "Mansion" and is on federal pre-trial services house arrest. Kentrell Gaulden has been affixed with an Ankle Monitor by Federal Probation for an extended period of time and has to seek approval from his Probation Officer in order to leave his residence for activities such as doctor visits, financial trips to the bank and shopping. In addition to Kentrell Gaulden's travel restrictions, Kentrell Gaulden's guests all have to be approved by federal probation before entering onto his property. Part of the approval process consists of a background check by his probation officer. Federal Probation is keeping a list of all of Kentrell Gaulden's visitors, including those whom have been denied by Federal Probation.

Through contact with Kentrell Gaulden's Probation Officer, it was discovered that Known Associates 1 and 2 where known visitors of Kentrell Gaulden. In addition, Known Associate 3, who had picked up a fraudulent prescription in Riverton, is also listed on Kentrell's visitor log. Federal Probation identified that Known Associate 3 was frequenting Kentrell Gaulden's residence numerous times this last winter, this is consistent with Known Associate 3 being in Utah and picking up the prescription for "Beatrice White".

Through the aggregated amounts of Promethazine with Codeine and the amount of prescriptions known to have been successfully filled and attempted, your Affiant has identified it as a distributable amount. Through evaluation of the fraud incidents it is clear that there are numerous individuals involved to further the fraud scheme, identified as an enterprise. The ongoing fraud and suspected drug distribution occurring between Kentrell Gaulden and his associates further substantiates the Pattern of Unlawful Activity as they have engaged in at least three episodes of unlawful activity that are all similar in purpose, results, participants, victims and methods of commission. The unlawful activities occurring include, identity fraud for the utilization of physicians DEA and NPI numbers associated with their identities to call in the prescriptions. Forgery for the prescriptions logged through DOPL by the means of fraud and deceit as a result of the Identity Fraud and utilization of the physician's credentials. Prescription Fraud, for the obtaining and/or an attempt in obtaining the fraudulent prescriptions, again by means of fraud, deceit and misrepresentation.

An affidavit for a search warrant was prepared and submitted to Weber County Attorney's Office for review. On 4/12/24, upon approval from the County Attorney's Office, the Affidavit was submitted to the 2nd district and later approved by the Honorable Crag Hall, issuing Search Warrant No. 2859951.

On 4/16/24, the search warrant was executed on Kentrell Gaulden's residence, North East of Huntsville Utah. Kenrell Gaulden and other guests of the residence had been detained. An interview was conducted with Kentrell Gaulden. He was advised of his Miranda Rights, acknowledged them and consented to participate in an interview.

During the interview, Kentrell Gaulden was asked about the presence of firearms inside of the home. Kentrell Gaulden said that a gun belonging to his wife was in the home. Kentrell Gualden was asked if he had ever handled the gun or if his DNA would be found on the firearm. Kentrell Gualden denied that the presence of his DNA would be found on the gun. However, he further described that two days earlier he had picked the gun up and moved it from an open area, placing it inside of a drawer. Kentrell Gaulden claimed that was the only time he had touched the gun. He further described that his wife always has the gun within reach throughout the house.

Kentrell Gaulden was asked about the presence of prescription medication in his residence. Kentrell Gaulden described that he had a prescription for Promethazine. He provided the Doctor name for who had prescribed the medication and suggested that it was a local Doctor in the Roy area. I asked Kentrell about having any other Doctor's specifically from Houston Texas call in prescriptions for him and he said no. The question was refrased and Kentrell continued to deny having been prescribed medications from any other Doctor, though BENSF had confirmed a prescription called in for him by a Doctor from the Houston area.

Kentrell Gaulden was asked further questions regarding his associates picking up fraudulent prescriptions and he claimed to have no knowledge of their activities. Kentrell confirmed his association with Known Associates 1,2 and 3. Kentrell was also confronted about the conference call that he spoke to me during in January of 24 and he claimed to not remember. He made suggestions that I likely spoke with his dad. However, Kentrell has a very distinct voice and the voice during the conference call was the same as what I could hear while speaking with him. In addition, at a later time, I spoke with Kentrell's father and his father's voice was clearly different than whom I had spoken with in January.

Kentrell was questioned further, however, he continued to be deceptive and deny knowledge of any illegally possessed prescriptions or prescription fraud schemes and no further information was received during the interview.

During the search of the residence, Law Enforcement found a prescription bottle in Kentrell Gaulden's bathroom inside of the Master Bedroom identified as his.  The prescription bottle was for Caroline White, one of the known fraudulent names with the corresponding prescribing doctor who had confirmed the fraud.  The prescription was for Doxycycline and picked up through the Tremonton Community Pharmacy.  This prescription bottle is consistent with the timeframe and patient information for the Promethazine with Codeine that had also been picked up according to the DOPL report.  Also in the bathroom was a prescription for Doxycycline to Kentrell Gaulden, also prescribed by the same doctor and previously confirmed as fraud.  This is consistent with the Promethazine with Codeine that had been prescribed through the Tremonton Pharmacy with Kentrell's fake birthday of       /55.  A prescription bottle of Promethazine with Codeine was also found inside of the bathroom with no prescription label on the bottle.  The handgun that Kentrell Gaulden had admitted to possessing was also found inside of the closet of the Master bedroom.  The handgun had an empty magazine with 1 round in the chamber.  The handgun was not in a secured location and in a place easily and frequently accessible to Kentrell Gaulden.

Further search of the remainder of the residence yielded 3 more additional bottles of Promethazine with Codeine.  1 of the bottles was the prescription that Kentrell Gaulden claimed to have been prescribed by the Doctor in Roy.  This bottle was stored with 2 other additional bottles of a larger quantity that matched the other Promethazine with Codeine.  It is also of value to note that the prescription from the Doctor in Roy indicated that there were no refills available.

Per the search warrant, all electronics were to be searched.  A triage was being conducted as to not interfere with Kentrell's music business, however, Kentrell refused to give any passcodes for the devices.  He answered take it and break it when I asked him for passwords for the devices.  All devices were seized as they are suspected of containing communications that would provide further evidence of the identified ongoing criminal enterprise and the criminal actions occurring therein.

Kentrell Gaulden was placed under arrest for Identity Fraud, Forgery and Prescription Fraud.  Each count for each incident in the procurement and attempted procurement of the fraudulent prescriptions.  This accounts for 18 confirmed successfully filled prescriptions and at least 2 confirmed attempts.  During the conversation with Kentrell Gualden in January of 24, he made an utterance which provided both knowledge and intent regarding his involvement in the prescription fraud incident.  Multiple confirmed Known Suspects have picked up or attempted to pick up prescriptions from the fraudulent incidents.  All of the documented incidents show a clear and distinct pattern regarding the names and birthdates, in addition to being prescribed by the same Doctor who confirmed that they were fraudulent.  Kentrell Gaulden was also charged for pattern of unlawful conduct as the prescription fraud scheme contains numerous like incidents over an extended duration of time.  Kentrell has also been identified as a Category 1 Restricted Person and admitted to having handled the firearm located inside of his closet 2 days earlier.

Kentrell Gaulden was transported to the Cache County Jail to be booked on the appropriate offenses.  Further communication was made with the Cache County Attorney's Office regarding the charges and all charges were reviewed and confirmed.

I believe these to be additional condition(s) for continued detention:

The current offense is a felony committed while on probation or parole, or while free on bail awaiting trial on a previous felony charge. There is substantial evidence to support the felony charge.

Kentrell Gaulden has participated in an ongoing criminal enterprise that has been involved in the commission of multiple Felonies.  Kentrell has been involved in the alleged enterprise while under house arrest and being supervised by federal probation under Pre-Trial status for a federal firearms case being prosecuted out of Louisiana.  A handgun was found inside of Kentrell's closet and he admitted to the handling of the firearm 2 days earlier.

According to the FBI, Kentrell is the known leader of a violent gang from the Louisiana area.  Based on Kentrell's history, it is apparent that he is prone to violence.  Based on the totality of the circumstances, a no bail hold is requested to be placed on Kentrell, pending a detainer to be obtained by federal prosecution for his current case.

| Officer Name: TYSON HYRUM NIELSEN | Badge ID: D103 |
|---|---|
| I am a sworn officer with: UT0030000 - CACHE COUNTY SHERIFF ||
| Arresting agency case number: 24-C546 | Associated citation number: |

I declare under penalty of perjury and under the laws of the State of Utah that the foregoing is true and correct.
/s/

SUBMISSION IDENTIFICATION INFORMATION

| Booking agency: CACHE COUNTY SHERIFF | | Booking agency ORI: UT0030000 |
|---|---|---|
| Booking agency case number: | SID: | OTN: |
| Booking UserID: | Booking date/time: | Submission ID: 2635301 (Version 1) |