# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENTRELL D. GAULDEN,<br>a/k/a "YoungBoy Never Broke Again,"<br>a/k/a "NBA YoungBoy," a/k/a "YB,"<br><br>Defendant. | Criminal Number 21-CR-14-SDD-SDJ<br><br>**CONSENT AND TRANSFER OF CASE FOR PLEA AND SENTENCE UNDER RULE 20** |

I, KENTRELL D. GAULDEN, defendant, have been informed that a Felony Indictment is pending against me in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Utah in which I am present, and to waive trial in the above captioned District.

DATED this 14th day of August, 2024.

_____
KENTRELL D. GAULDEN
Defendant

_____
DREW FINDLING
Attorney for Defendant

_____
WILLIAM KYLE MORRIS
Assistant United States Attorney
Middle District of Louisiana

**APPROVED**

_____, FAUSA
RONALD C. GATHE, Jr.
UNITED STATES ATTORNEY
Middle District of Louisiana

_____
TRINA A. HIGGINS
UNITED STATES ATTORNEY
District of Utah